E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KEVIN B. REIDY (Cal. Bar No. 320583)
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorneys
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8536/2431
     Facsimile: (213) 894-3713
     E-mail:    kevin.reidy@usdoj.gov
                kathy.yu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>JOHNNY RAY GASCA,<br><br>     Defendant. | No. CR 21-351(B)-AB<br><br>ORDER WITH FINDINGS REGARDING MOTIONS IN LIMINE TO EXCLUDE GOVERNMENT EXPERTS |

　　　1.   Defendant filed a motion in limine to exclude the expert testimony of Paul R. Greenwood (Dkt. 81), which the government opposed (Dkt. 93), and to which the defense filed a reply (Dkt. 96).

　　　2.   Defendant filed a motion in limine to the expert testimony of Dr. Erik Lande (Dkt. 82), which the government opposed (Dkt. 92), and to which the defense filed a reply (Dkt. 98).

　　　3.   At the status conference on November 2, 2022, the Court held argument on these motions, among other things.

　　　4.   As stated at the status conference and set forth in the Minutes (Dkt. 109), the Court denied the defense motions to exclude

the expert testimony of Mr. Greenwood and Dr. Lande.  The Court further denied defendant's request for a *Daubert* hearing.

5. The Court finds the proffered opinion testimony of Paul R. Greenwood and Dr. Erik Lande to be reliable based on the principles and methods they applied to the facts of this case.

6. As set forth in the government's Rule 16 disclosures (Dkt. 81 at Ex. A), in its briefing (Dkt. 93), as discussed at the November 2, 2022 status conference, and based on the facts and records in the case, Mr. Greenwood's proffered testimony will be limited to general testimony about romance scams and how they operate – without specifically opining on defendant's relationship with the victim.  Therefore, Mr. Greenwood's opinions are based on his education, professional experience, and professional training as set forth in his Curriculum Vitae, and as such, reliable.  (Dkt. 81 at Ex. B, pages 20-48.)

7. As set forth in the government's Rule 16 disclosures (Dk. 82 at Ex. A), in its briefing (Dkt. 92), as discussed at the November 2, 2022 status conference, and based on the facts and records in the case, the Court finds that the proffered testimony of Dr. Lande to be reliable based on his examination of the victim and the materials in the record (Dkt. 82 at Ex. C, under seal), as well

//
//

as his education, and professional experience as set forth in his Curriculum Vitae (Dkt. 81 at Ex. B, pages 22-38).

    IT IS SO ORDERED.

November 22, 2022
DATE

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
KATHY YU
Assistant United States Attorney