UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | CR 21-00351-AB | Date: | February 27, 2023 |
|---|---|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|
| Interpreter | N/A |

| Patricia Kim | Marea Woolrich | Kathy Yu; Kevin B. Reidy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Johnny Ray Gasca | √ | √ | | Mark Allen Chambers | √ | √ | |

**Proceedings:** STATUS CONFERENCE (Held and Completed)

Defendant Johnny Ray Gasca appears Pro Se with Mark Allen Chambers as an advisory attorney.

Court and counsel confer regarding the status of the case, including discovery and trial.

For the reasons stated on the record, the jury trial date remains set for March 20, 2023 at 8:30 am.

CC: PSA

01 : 02

Initials of Deputy Clerk   pk