# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CR 21-00351-AB | Date | June 5, 2023 |
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge | | |
| Interpreter | N/A | | |

| Carla Badirian | April Lassiter-Benson | Kevin B Reidy / Kathy Yu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Johnny Ray Gasca | √ | √ | | Mark A Chambers (advisory counsel) | √ | √ | |

__1st__ Day <u>COURT TRIAL</u>     ____ Day <u>JURY TRIAL</u>     ____ Death Penalty Phase

____ One day trial;  √ Begun (1st day);  √ Held & continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

√ Opening statements made    by Government

√ Witnesses called, sworn and testified.

√ Exhibits identified     √ Exhibits admitted

____ Government rests.    Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury    ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

____ Alternates excused    Jury retires to deliberate    Jury resumes deliberations

____ Finding by Court as follows:    Jury Verdict as follows:

Dft # ____  ____ Guilty on count 1    ____ Not Guilty on count(s) ____

____ Jury polled    Polling waived

____ Filed Witness & Exhibit lists    ____ Filed Jury notes    ____ Filed Jury Instructions    ____ Filed Jury Verdict

Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ remanded to custody.    Remand/Release# _____ issd.    Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | | | |
|---|---|---|---|
| √ | Case continued to | June 6, 2023, at 1:00 p.m. | for further trial/further jury deliberation. |
| √ | Other: | Also present is Special Agent (FBI), Michael Fukuda.<br>Also present is Joel Wyenn, Court Appointed Investigator for defendant. | |

6 : 30

Initials of Deputy Clerk