# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR 21-00351-AB | Date | June 7, 2023 |
|---|---|---|---|
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge | | |
| Interpreter | N/A | | |

| Carla Badirian | April Lassiter-Benson | Kevin B Reidy / Kathy Yu |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Johnny Ray Gasca | √ | √ | | Mark A Chambers (advisory counsel) | √ | √ | |

**3rd** Day COURT TRIAL  _____ Day JURY TRIAL  _____ Death Penalty Phase

_____ One day trial;  _____ Begun (1st day);  √ Held & continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

√ Witnesses called, sworn and testified.

√ Exhibits identified    √ Exhibits admitted

√ Government rests.    Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:    _____ Jury Verdict as follows:

Dft # ___ _____ Guilty on count 1    _____ Not Guilty on count(s) _____

_____ Jury polled    _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # ___ remanded to custody.    Remand/Release # _____ issd.    Dft # ___ released from custody.

_____ Bond exonerated as to Dft # ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | | | |
|---|---|---|---|
| √ | Case continued to | June 8, 2023, at 9:00 a.m. | for further trial/further jury deliberation. |
| √ | Other: | Also present is Special Agent (FBI), Michael Fukuda.<br>Also present is Joel Wyenn, Court Appointed Investigator for defendant. | |

                                                                                     4 : 25

Initials of Deputy Clerk