# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 21-00351-AB | Date | June 8, 2023 |
|---|---|---|---|

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter   N/A

| Carla Badirian | April Lassiter-Benson | Kevin B Reidy / Kathy Yu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Johnny Ray Gasca | √ | √ | | Mark A Chambers (advisory counsel) | √ | √ | |

__4th__ Day <u>COURT TRIAL</u>   ___ Day <u>JURY TRIAL</u>   ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   √ Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

√ Witnesses called, sworn and testified.

√ Exhibits identified   √ Exhibits admitted

___ Government rests.   Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

___ Alternates excused   ___ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:   ___ Jury Verdict as follows:

___ Dft # ___ Guilty on count 1   ___ Not Guilty on count(s) ___

___ Jury polled   ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.   Remand/Release# _____ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

√  Case continued to    June 12, 2023, at 9:00 a.m.    for further trial/further jury deliberation.

              Also present is Special Agent (FBI), Michael Fukuda.

Other:    Also present is Joel Wyenn, Court Appointed Investigator for defendant.

√

                                            5    :    35

Initials of Deputy Clerk