# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 21-00351-AB | | Date | June 13, 2023 |
|---|---|---|---|---|
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge | | | |
| Interpreter | N/A | | | |

| Carla Badirian | April Lassiter-Benson | Kevin B Reidy / Kathy Yu |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Johnny Ray Gasca | √ | √ | | Mark A Chambers (advisory counsel) | √ | √ | |

**6th** Day COURT TRIAL  _____ Day JURY TRIAL  _____ Death Penalty Phase

___ One day trial;  ___ Begun (1st day);  ___ Held & continued;  √ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

___ Witnesses called, sworn and testified.

___ Exhibits identified  ___ Exhibits admitted

___ Government rests.  ___ Defendant(s) _____ rests.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made by Govt. and Deft.  ___ Court instructs jury  ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

___ Alternates excused  ___ Jury retires to deliberate  ___ Jury resumes deliberations

√ Finding by Court as follows:  ___ Jury Verdict as follows:

Dft # 1  √ Guilty on count(s) 1, 3, 4, and 5  √ Not Guilty on count(s) 2

___ Jury polled  ___ Polling waived

√ Filed Witness & Exhibit lists  ___ Filed Jury notes  ___ Filed Jury Instructions  ___ Filed Jury Verdict

√ Dft # 1  √ Referred to Probation Office for Investigation & Report and continued to 9/29/23 @ 1:30 pm for sentencing.

___ Dft #1 ___ remanded to custody.  ___ Remand/Release# _____ issd.  Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Case continued to _____ for further trial/further jury deliberation.

Other: √    Also present is Special Agent (FBI), Michael Fukuda.
Also present is Joel Wyenn, Court Appointed Investigator for defendant.
Sentencing position papers shall be filed by September 15, 2023. Responses, if any, shall be filed by September 22, 2023.

00 : 30

Initials of Deputy Clerk _____

CC: USPO