# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 21-00351-AB | Title | United States of America v. 1) Johnny Ray Gasca |
|---|---|---|---|
| Judge | ANDRÉ BIROTTE JR., United States District Judge | | |
| Dates of Trial or Hearing | 6/5/23; 6/6/23; 6/7/23; 6/8/23; 6/12/23; 6/13/23 | | |
| Court Reporters or Tape No. | April Lassiter-Benson | | |
| Deputy Clerks | Carla Badirian | | |

FILED
CLERK, U.S. DISTRICT COURT
6/13/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: CB  DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| AUSA, Kathy Yu | Johnny Ray Gasca, Pro Se |
| AUSA, Kevin B. Reidy | Mark Allen Chambers (advisory counsel) |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | SEE ATTACHED LISTS | |

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KEVIN B. REIDY (Cal. Bar No. 320583)
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorneys
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-8536/2431
    Facsimile:    (213) 894-3713
    E-mail:   kevin.reidy@usdoj.gov
              kathy.yu@usdoj.gov

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHNNY RAY GASCA, <br><br> Defendant. | CR No. 21-351(B)-AB <br><br> **JOINT WITNESS LIST** |

## GOVERNMENT'S WITNESS LIST

| Witness's Name | Dates of Testimony |
|---|---|
| Valerie Aquino | 6/5/2023; 6/6/2023 |
| Michael Fukuda, FBI Special Agent | 6/5/2023 |
| Paul R. Greenwood | 6/5/2023 |
| Arnaz Ifopo, Chase manager | 6/7/2023 |
| Dr. Erik Lande | 6/7/2023 |
| Brittney Miller, Veterans Affairs Police Officer | 6/6/2023 |
| David Richard Tscherny | 6/6/2023; 6/7/2023 |
| Gary Wallace, FBI Special Agent | 6/5/2023 |

## DEFENSE WITNESS LIST

| Witness's Name | Dates of Testimony |
|---|---|
| Estrellita Callahan | 6/8/2023 (assisted by Tagalog interpreter Joel Rojano) |
| Odalis Carrero (Zoom) | 6/8/2023 |
| Marisa Cole | 6/7/2023 |
| Dr. Nair | 6/12/2023 |
| Isaac Singleton | 6/8/2023 |
| Carlotta Terry | 6/8/2023 |
| Joel Wyenn | 6/7/2023; 6/12/2023 |
| Johnny Ray Gasca | 6/8/2023; 6/12/2023 |

```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KEVIN B. REIDY (Cal. Bar No. 320583)
KATHY YU (Cal. Bar No. 268210)
Assistant United States Attorneys
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-8536/2431
     Facsimile:    (213) 894-3713
     E-mail:   kevin.reidy@usdoj.gov
               kathy.yu@usdoj.gov
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  | CR No. 21-351(B)-AB |
| Plaintiff, | **JOINT EXHIBIT LIST** |
| v. | |
| JOHNNY RAY GASCA, | |
| Defendant. | |

**GOVERNMENT EXHIBIT LIST**

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | **Photographs** | | |
| 1. | Hotel room search warrant | 6/5/23 | 6/5/23 |
| 2. | Chase surveillance - "Clip 2" – stills | 6/7/23 | 6/7/23 |
| 3. | Chase surveillance - "Clip 3" – stills | 6/7/23 | 6/7/23 |
| 4. | D.T. recorded video #1 - stills | 6/6/23 | 6/6/23 |
| 5. | D.T. recorded video #2 – stills | 6/6/23 | 6/6/23 |
| 6. | Defendant's wallet and contents | 6/5/23 | 6/5/23 |
| 7. | New York search warrant and photographs | 6/5/23 | 6/5/23 |

| 8.  | Photos from V.A. with E.C. | 6/5/23 | 6/5/23 |
|---|---|---|---|
| 9.  | Stills from VA videos | 6/6/23 | 6/6/23 |
|     | **Documents and Messages** | | |
| 10. | Gasca Facebook Audio Messages | 6/5/23 | 6/5/23 |
| 11. | Gasca and Santiago SMS and Facebook Messages | 6/5/23 | 6/5/23 |
| 12. | California Durable Power of Attorney | | |
| 13. | California Advance Health Care Directive | | |
| 14. | Text messages between defendant and V.A. | 6/5/23 | 6/5/23 |
| 15. | Text messages between defendant and D.T. | 6/6/23 | 6/6/23 |
| 16. | Intentionally left blank | | |
| 17. | Clock test | 6/5/23 | 6/5/23 |
| 18. | Santiago Contacts | 6/5/23 | 6/5/23 |
| 19. | Screenshots of E.C. PII/File Path | 6/5/23 | 6/5/23 |
| 20. | MOCA Tests | 6/7/23 | 6/7/23 |
| 21. | Eddie Warrior Text Messages | 6/5/23 | 6/5/23 |
|     | **Business Records** | | |
| 22. | Map of VA (Google) | 6/6/23 | 6/6/23 |
| 23. | Certified copy of 1977 "Retrocession of Concurrent Jurisdiction" from the State of California State Lands Commission | 6/6/23 | 6/6/23 |
| 24. | jetBlue Record and 902(11) | 6/5/23 | 6/5/23 |
| 25. | FDIC | 6/7/23 | 6/7/23 |
| 26. | Primerica records and 902(11) | 6/5/23 | 6/5/23 |
| 27. | Chase records (excerpt 1) | 6/5/23 | 6/5/23 |
| 28. | Chase records (excerpt 2) | 6/5/23 | 6/5/23 |
| 29. | Intentionally left blank | 6/5/23 | 6/5/23 |
| 30. | Intentionally left blank | 6/5/23 | 6/5/23 |
| 31. | Chase – 902(11)s | 6/5/23 | 6/5/23 |
| 32. | Chase 7-19-21 Withdrawal Records | 6/6/23 | 6/6/23 |
| 33. | T-Mobile Subscriber Records | 6/5/23 | 6/5/23 |
| 34. | | | |
|     | **Video Recordings** | | |
| 35. | VA video clip | 6/5/23 | 6/5/23 |
| 36. | VA video clip (zoomed) | 6/5/23 | 6/5/23 |
| 37. | D.T. recorded video #1 | 6/6/23 | 6/6/23 |
| 38. | D.T. recorded video #2 | 6/6/23 | 6/6/23 |
| 39. | D.T. recorded video #3 | 6/6/23 | 6/6/23 |
| 40. | Chase bank surveillance video – Clip_2A | 6/7/23 | 6/7/23 |
| 41. | Chase bank surveillance video – Clip_2_SDV_25 | 6/7/23 | 6/7/23 |

| # | Description | | |
|---|---|---|---|
| 42. | Chase bank surveillance video – Clip_3A | 6/7/23 | 6/7/23 |
| 43. | Chase bank surveillance video – Clip_3_SDV_25 | 6/7/23 | 6/7/23 |
| 44. | Chase bank surveillance video – Clip 3A | 6/7/23 | 6/7/23 |
| 45. | Chase bank surveillance video – Clip4A | 6/7/23 | 6/7/23 |
| 46. | Chase bank surveillance video – Clip7A | 6/7/23 | 6/7/23 |
| 47. | Chase bank surveillance video – Clip_8A | 6/7/23 | 6/7/23 |
| 48. | Chase bank surveillance video – Clip3B | 6/7/23 | 6/7/23 |
| 49. | Defendant's phone – video of E.C. (1/5) | 6/8/23 | 6/8/23 |
| 50. | Defendant's phone – video of E.C. (2/5) | 6/8/23 | 6/8/23 |
| 51. | Defendant's phone – video of E.C. (3/5) | 6/8/23 | 6/8/23 |
| 52. | Defendant's phone – video of E.C. (4/5) | 6/8/23 | 6/8/23 |
| 53. | Defendant's phone – video of E.C. (5/5) | 6/8/23 | 6/8/23 |
| 54. | | | |
| 55. | | | |
| 56. | | | |
| 57. | | | |
| | **Audio Recordings – Defendant's Phone (Facebook) (6 clips)** | | |
| 58. | Clip 1: 071821 114000pm 20seconds | 6/5/23 | 6/5/23 |
| 59. | Clip 2: 071921 93555am 16seconds | 6/5/23 | 6/5/23 |
| 60. | Clip 3: 071921 104429am 35seconds | 6/5/23 | 6/5/23 |
| 61. | Clip 4: 071921 114445am 6seconds | 6/5/23 | 6/5/23 |
| 62. | Clip 5: 071921 10737pm 45seconds | 6/5/23 | 6/5/23 |
| 63. | Clip 6: 071921 44936pm 58seconds | 6/5/23 | 6/5/23 |
| 64. | | | |
| 65. | | | |
| 66. | | | |
| 67. | | | |
| | **Audio Recordings – Defendant Post-Arrest Interview (12 clips)** | | |
| 68. | Clip 1: BronxAddressEstrellita7Months | 6/5/23 | 6/5/23 |
| 69. | Clip 2: GascaSaysHeFlewFromNewYorkThenCameToGetEstrellita | 6/5/23 | 6/5/23 |
| 70. | Clip 3: FoundOutAWeekAgoPlanWasToGetHer | 6/5/23 | 6/5/23 |
| 71. | Clip 4: CalledVAHomeCaretakerGotLucky19th | 6/5/23 | 6/5/23 |
| 72. | Clip 5: MeetingEstrellitaCleaningTheBathroom | 6/5/23 | 6/5/23 |
| 73. | Clip 6: MovedInSevenMonthsBeforeMaySheWasMyGirlfriend | 6/5/23 | 6/5/23 |

| | | | | |
|---|---|---|---|---|
| 74. | Clip 7: EstrellitaGivingMoneyGascaDidntKnowOnlineDoesntKnowSSN | 6/5/23 | 6/5/23 |
| 75. | Clip 8:   GascaEmptiesOut35GrandFromIRA | 6/5/23 | 6/5/23 |
| 76. | Clip 9:   GascaHadAccessToAllHerAccounts | 6/5/23 | 6/5/23 |
| 77. | Clip 10: GascaKnowsECSSNDoesAllHerFinancialTransactions | 6/5/23 | 6/5/23 |
| 78. | Clip 11: GascaTransferredECMoneyToHimselfWithoutAsking | 6/5/23 | 6/5/23 |
| 79. | Clip 12: GascaTook50GrandfromECDurignTheirRelationship | 6/5/23 | 6/5/23 |
| | **Audio Recordings– Jail Calls** | | |
| 80. | Limited List of Gasca Jail Calls to (212) 882-1124 | 6/5/23 | 6/5/23 |
| 81. | List of Gasca Jail Calls to All Numbers | 6/5/23 | 6/5/23 |
| 82. | List of Gasca Jail Calls to (212) 658-1689 | 6/5/23 | 6/5/23 |
| 83. | List of Gasca Jail Calls to (212) 882-1124 | 6/5/23 | 6/5/23 |
| 84. | San Bernardino County Sheriff's Department 902(11) for calls | 6/5/23 | 6/5/23 |
| | *07-27-2021 144657 2128821124 680 J Tank-2 Andrew Martinez* | | |
| 85. | Clip 1:  EraseAllMyMessges | 6/5/23 | 6/5/23 |
| 86. | Clip 2:   EraseAllTschernyMessages | 6/5/23 | 6/5/23 |
| 87. | Clip 3:   ShortEraseAllOurMessages | 6/5/23 | 6/5/23 |
| 88. | Clip 4:   MakeSureYouEraseMessages | 6/5/23 | 6/5/23 |
| 89. | Clip 5: TakeCareofMessagesDeleteAllThatStuff | 6/5/23 | 6/5/23 |
| | *07-27-2021 153220 2128821124 1133 J Tank-1 Moises Reina* | 6/5/23 | 6/5/23 |
| 90. | Clip 1:  EraseAllOurMessages | 6/5/23 | 6/5/23 |
| 91. | Clip 2:   GetEstrellitasCard | 6/5/23 | 6/5/23 |
| | *07-27-2021 214506 2128821124 1200 J Tank-6 Diego Noriega* | 6/5/23 | 6/5/23 |
| 92. | Clip 1:  EraseAllofEmMeandYouLiselleGenesis | 6/5/23 | 6/5/23 |
| 93. | Clip 2:   GetRidofAllThatGirlStuff | 6/5/23 | 6/5/23 |
| 94. | Clip 3:   GotIntoFacebookInstagramBlockMe | 6/5/23 | 6/5/23 |
| 95. | Clip 4:   TschernyWitnessTampering | 6/5/23 | 6/5/23 |
| 96. | Clip 5:  TellTschernyIDeletedAllMessages | 6/5/23 | 6/5/23 |
| | *08-02-2021 172752 7272446919 1180 J Tank-5 Johnny Gasca* | | |
| 97. | Clip 1:  WhatsUpMa | 6/5/23 | 6/5/23 |

| | | | | |
|---|---|---|---|---|
| 98. | Clip 2:  HerMindIsALittleNotAllThere | 6/5/23 | 6/5/23 |
| 99. | Clip 3:  NoSignofDementiaOnlyaDummy | 6/5/23 | 6/5/23 |
| | *08-02-2021 175912 2128821124 430 J Tank-5 Johnny Gasca* | | |
| 100. | Clip 1:  MentalStateSTFU | 6/5/23 | 6/5/23 |
| | *08-03-2021 120818 2128821124 1200 J Tank-5 Johnny Gasca* | 6/5/23 | 6/5/23 |
| 101. | Clip 1:  EdGetsIntoRoomPoliceSaidNoOneCanGoIn | 6/5/23 | 6/5/23 |
| 102. | Clip 2:  SentenceAboutPoliceMeansSheMayKnowPoliceinRoom | 6/5/23 | 6/5/23 |
| | *08-03-2021 123016 2128821124 1200 J Tank-5 Johnny Gasca* | 6/5/23 | 6/5/23 |
| 103. | Clip 1:  PossibilityTheyCouldSendSomebodyThere | 6/5/23 | 6/5/23 |
| | *08-03-2021 152935 2128821124 1039 J Tank-2 Diego Noriega* | 6/5/23 | 6/5/23 |
| 104. | Clip 1:  TellingSantiagoGetRidofAllDevices | 6/5/23 | 6/5/23 |
| 105. | Clip 2:  ElectronicsNotClothes | 6/5/23 | 6/5/23 |
| 106. | Clip 3:  FinancialCaseAllHerInfo | 6/5/23 | 6/5/23 |
| 107. | Clip 4:  GoThroughTheMailGetHerCard | 6/5/23 | 6/5/23 |
| 108. | Clip 5:  SecureMyStuffGiveToVicFed | 6/5/23 | 6/5/23 |
| 109. | Clip 6:  MainThingSecureStuffImCool | 6/5/23 | 6/5/23 |
| | *08-03-2021 160240 2128821124 235 J Tank-6 Johnny Gasca* | 6/5/23 | 6/5/23 |
| 110. | Clip 1:  GetThatStuffOuttaThereASAP | 6/5/23 | 6/5/23 |
| 111. | Clip 2:  PreciousStuffHardDrives | 6/5/23 | 6/5/23 |
| | *08-05-2021 195916 2128821124 1200 J Tank-5 Diego Noriega* | 6/5/23 | 6/5/23 |
| 112. | Clip 1:  BlastEverything | 6/5/23 | 6/5/23 |
| 113. | Clip 2:  FBIComingToTakeTheStuff | 6/5/23 | 6/5/23 |
| 114. | Clip 3:  DeleteAnyRomanticMessages | 6/5/23 | 6/5/23 |
| | *08-05-2021 202318 2128821124 1200 J Tank-5 Diego Noriega* | 6/5/23 | 6/5/23 |
| 115. | Clip 1:  TheyllGoToThePlaceGetMyStuff | 6/5/23 | 6/5/23 |
| 116. | Clip 2:  DontSleepOnItGetMyStuffOuttaThere | 6/5/23 | 6/5/23 |
| 117. | Clip 3:  SaySecretGetTheStuffOuttaThere | 6/5/23 | 6/5/23 |
| | *08-17-2021 182031 2126581689 1166 J Tank-5 Johnny Gasca* | | |
| 118. | Clip 1:  NeverGotInNeverSecuredAnyofMyStuff | 6/5/23 | 6/5/23 |
| 119. | Clip 2:  WorkedOutDifferentlyTimeOfEssence | 6/5/23 | 6/5/23 |

|      |                                                                    |        |        |
|------|--------------------------------------------------------------------|--------|--------|
|      | *07-27-2021 144657 2128821124 680 J Tank-2 Andrew Martinez*        |        |        |
| 120. | DontSayAnythingWhenICallOnMine                                     | 6/5/23 | 6/5/23 |
|      | *07-27-2021 153220 2128821124 1133 J Tank-1 Moises Reina*          |        |        |
| 121. | 0.LoescelEraseAllMessages                                          | 6/5/23 | 6/5/23 |
|      | *08-17-2021 182031 2126581689 1166 J Tank-5 Johnny Gasca*          |        |        |
| 122. | Clip 3: YourUmYourUm                                               | 6/5/23 | 6/5/23 |

**DEFENSE EXHIBIT LIST**

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 401. | E.C. PHOTO-1 | 6/8/23 | 6/8/23 |
| 402. | E.C. PHOTO-2 | 6/8/23 | 6/8/23 |
| 403. | E.C. BIRTHDAY PHOTO-1 | 6/8/23 | 6/8/23 |
| 404. | E.C BIRTHDAY PHOTO-2 | 6/8/23 | 6/8/23 |
| 405. | E.C. CASABLANCA PHOTO-1 | 6/8/23 | 6/8/23 |
| 406. | E.C. CASABLANCA PHOTO-2 | 6/8/23 | 6/8/23 |
| 407. | E.C. DRESS PHOTO-1 | 6/8/23 | 6/8/23 |
| 408. | E.C. DRESS PHOTO-2 | 6/8/23 | 6/8/23 |
| 409. | E.C. EATING PHOTO-1 | 6/8/23 | 6/8/23 |
| 410. | E.C. EATING PHOTO-2 | 6/8/23 | 6/8/23 |
| 411. | GROUP EATING PHOTO-1 | 6/8/23 | 6/8/23 |
| 412. | GROUP EATING PHOTO-2 | 6/8/23 | 6/8/23 |
| 413. | GROUP EATING PHOTO-3 | 6/8/23 | 6/8/23 |
| 414. | GROUP EATING PHOTO-4 | 6/8/23 | 6/8/23 |
| 415. | CAST PHOTO-1 | 6/7/23 | 6/7/23 |
| 416. | CAST PHOTO-2 | 6/8/23 | 6/8/23 |
| 417. | E.C. AND TWO WOMEN PHOTO | 6/8/23 | 6/8/23 |
| 418. | E.C. AND ONE WOMEN PHOTO-1 | 6/7/23 | 6/7/23 |
| 419. | E.C. AND ONE WOMEN PHOTO-2 | 6/8/23 | 6/8/23 |
| 420. | GASCA AND MAN PHOTO | 6/8/23 | 6/8/23 |
| 421. | GASCA AND MOM PHOTO | 6/8/23 | 6/8/23 |
| 422. | GASCA AND TV PHOTO | 6/8/23 | |

7.

| | | | | |
|---|---|---|---|---|
| 423. | FEMALE SOLO PHOTO | 6/8/23 | 6/8/23 |
| 424. | GASCA BOAT PHOTO | 6/8/23 | 6/8/23 |
| 425. | FIVE PEOPLE PHOTO | 6/8/23 | 6/8/23 |
| 426. | SOLO MAN PHOTO | 6/8/23 | |
| 427. | GATHERING PHOTO | 6/8/23 | 6/8/23 |
| 428. | STOVE PHOTO | 6/8/23 | |
| 429. | MAYO ER REPORT – ROBERT CASEY MD | | |
| 430. | PSYCHIATRIC ASSESSMENT REPORT– CARLOTA TERRY | | |
| 431. | ADMISSION BOULDER CREEK REPORT | 6/8/23 | |
| 432. | CROSSROAD PHYSICIAN'S REPORT – CARLOTA TERRY | | |
| 433. | V.A. EMAIL 5-6-22 | | |
| 434. | V.A. EMAIL RE TREATMENT | | |
| 435. | V.A. text 6873-6891_1814-1832 | | |
| 436. | Det text 6698-6709_1639-1650 | | |
| 437. | David text 6632_1573 | | |
| 438. | Mom text 6644-6654_1585-1595 | | |
| 439. | Billy Jo text 6671-6674_1612-1615 | | |
| 440. | VA Building | 6/8/23 | 6/8/23 |
| 441. | Phone Bates 38341 | | |
| 442. | Phone Bates 103365 | 6/8/23 | 6/8/23 |
| 443. | Phone Bates 103408 | 6/8/23 | 6/8/23 |
| 444. | Phone Bates 103509 | 6/8/23 | 6/8/23 |

8.

| | | | |
|---|---|---|---|
| 445. | Phone Bates 103510 | 6/8/23 | 6/8/23 |
| 446. | Phone Bates 110558 | | |
| 447. | Video footage from Gasca's phone | 6/6/23 | 6/6/23 |
| 448. | Dept. of Veterans Affairs Police Report 7/19/2021 | 6/6/23 | 6/6/23 |
| 449. | Excerpts from FBI interview of David Tscherny 7/22/21 | 6/7/23 | 6/7/23 |
| 450. | Eddie text 5390-5715_331-656 | | |
| 451. | Jail Call 8/5/2021. Bates Stamp 4736 | 6/8/23 | 6/8/23 |
| 452. | Phone Bates Stamp 32888-32959 | 6/8/23 | 6/8/23 |
| 453. | Truck Picture 1 | 6/12/23 | 6/12/23 |
| 454. | Truck Picture 2 | 6/12/23 | 6/12/23 |
| 455. | Truck Picture 3 | 6/12/23 | 6/12/23 |
| 456. | Truck Picture 4 | 6/12/23 | 6/12/23 |
| 457. | Truck Picture 5 | 6/12/23 | 6/12/23 |
| 458. | Truck Picture 6 | 6/12/23 | 6/12/23 |
| 459. | Truck Picture 7 | 6/12/23 | 6/12/23 |
| 460. | Truck Picture 8 | 6/12/23 | 6/12/23 |
| 461. | Jail Call Eddie Santiago 8/3/21 | 6/12/23 | 6/12/23 |