```
                    UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

            HONORABLE ANDRE BIROTTE, JR., U.S. DISTRICT JUDGE



UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )
                              )
               vs.            )
                              )    2:21-CR-351-AB
JOHNNY RAY GASCA,             )
                              )
            Defendant.        )
_____)
                              )
                              )
                              )
```

REPORTER'S TRANSCRIPT OF HEARING

Los Angeles, California

Friday, June 10, 2022

_____

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here: www.amydiazfedreporter.com*

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

1    APPEARANCES OF COUNSEL:

2
     For the Plaintiff:
3

4              Office of the United States Attorney
               By:  Kevin Reidy
5                   Assistant United States Attorney
               United States Courthouse
6              312 North Spring Street
               Los Angeles, California 90012
7

8
     For the Defendant:
9
               LAW OFFICE OF WILLIAM S. HARRIS
10             By:  William Harris, Attorney at Law
               1499 Huntington Drive, Suite 403
11             South Pasadena, California 91030

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 1 | 10:14:38 | THE CLERK: Calling criminal case 21-351, United |
| 2 | 10:14:41 | States of America vs. Johnny Ray Gasca. |
| 3 | 10:14:46 | Counsel state your appearances. |
| 4 | 10:14:47 | MR. REIDY: Good morning, Your Honor.  Kevin Reidy on |
| 5 | 10:14:49 | behalf of the United States. |
| 6 | 10:14:50 | THE COURT: Good morning. |
| 7 | 10:14:51 | MR. HARRIS: Good morning, Your Honor.  William |
| 8 | 10:14:52 | Harris on behalf of Mr. Gasca.  He is present via VTC. |
| 9 | 10:14:55 | THE COURT: All right.  Good morning to you. |
| 10 | 10:14:57 | Mr. Gasca, you are going to be surprised to hear |
| 11 | 10:14:59 | this -- can you hear me okay? |
| 12 | 10:15:01 | THE DEFENDANT: Yes, sir. |
| 13 | 10:15:02 | THE COURT:  I have been thinking about you since our |
| 14 | 10:15:04 | last hearing almost every other day, and I'm going to tell |
| 15 | 10:15:08 | you why, because remember last time we talked, we were going |
| 16 | 10:15:12 | back and forth, and I said I'm going to get you a lawyer, |
| 17 | 10:15:14 | right? |
| 18 | 10:15:14 | THE DEFENDANT: Yes, sir. |
| 19 | 10:15:15 | THE COURT:  And I couldn't remember if I gave you |
| 20 | 10:15:17 | the name of the lawyer or not.  And I was really stressed out |
| 21 | 10:15:20 | about that, because we called several lawyers but everyone |
| 22 | 10:15:25 | had conflicts, they were in trial.  And I'm like, oh, man, |
| 23 | 10:15:28 | Mr. Gasca is going to think I pulled the wool over his eyes. |
| 24 | 10:15:33 | I told him this -- |
| 25 | 10:15:34 | THE DEFENDANT: I never think that. |

| | | |
|---|---|---|
| 1 | 10:15:36 | THE COURT: Okay, but I just wanted you to know I |
| 2 | 10:15:37 | was really worried because I was like, I just couldn't |
| 3 | 10:15:40 | remember. And I was going to order the transcript, like, did |
| 4 | 10:15:43 | I tell him the name? Because I'm not going to lie to you, it |
| 5 | 10:15:46 | took us a little bit because lawyers were on summer vacation. |
| 6 | 10:15:50 | As you know, because of COVID, lawyers -- we haven't had |
| 7 | 10:15:55 | trials in two years. Now everyone is in trial. So they -- a |
| 8 | 10:15:58 | lot of lawyers couldn't take on cases. |
| 9 | 10:16:00 | Luckily, we were able to find Mr. Harris, who is |
| 10 | 10:16:03 | outstanding, and he's here. So that's a longwinded way of |
| 11 | 10:16:08 | saying I just wanted you to know I was trying to be a man of |
| 12 | 10:16:10 | my word and say, look, we are going to get you somebody. I |
| 13 | 10:16:13 | just didn't want you to think we were playing any games with |
| 14 | 10:16:16 | you, okay? |
| 15 | 10:16:17 | THE DEFENDANT: For the record, Your Honor, whatever |
| 16 | 10:16:19 | heads I may bump with you, I never question your integrity. |
| 17 | 10:16:22 | Your reputation precedes you. |
| 18 | 10:16:24 | THE COURT: I don't know if that is good or bad. I |
| 19 | 10:16:26 | didn't know I had a reputation over at MDC, but that's okay. |
| 20 | 10:16:31 | THE DEFENDANT: Not at MDC. Everywhere I call -- |
| 21 | 10:16:34 | it's impossible, you could not know -- everywhere I call, |
| 22 | 10:16:37 | they say I have the best judge. |
| 23 | 10:16:38 | THE COURT: Well, let's hope that remains to be the |
| 24 | 10:16:40 | case. |
| 25 | 10:16:40 | So Mr. Harris, welcome. |

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

10:16:45  1    MR. HARRIS: Thank you, Your Honor.
10:16:45  2    THE COURT:  Have you had a chance to talk with and
10:16:49  3  meet with Mr. Gasca?
10:16:50  4    MR. HARRIS: Just briefly this morning.  I had a
10:16:52  5  couple of attempted meetings, but they didn't work.
10:16:55  6    THE COURT:  Okay.  You will find Mr. Gasca is
10:16:58  7  someone who is not afraid to express his opinions.  He has
10:17:01  8  some clear sort of thoughts of what he wants done with
10:17:04  9  respect to the case.
10:17:05 10    But I do think, you know, look, I'm a New Jersey
10:17:09 11  kid, so he's got a New York attitude.  So he and I seem to be
10:17:13 12  simpatico.  So just keep that in mind as you begin your
10:17:16 13  representation.
10:17:18 14    Mr. Harris, have you gotten any of the files from --
10:17:21 15  I'm drawing -- from prior counsel?  Have you connected with
10:17:24 16  prior counsel yet?
10:17:25 17    MR. HARRIS: I have.  And I've got the complete
10:17:27 18  discovery, Your Honor, through the USA FX file sharing
10:17:34 19  system, but it's massive.  I'm starting -- I'm working my way
10:17:38 20  through it.  I've just got on overview at this point, but I
10:17:42 21  do have the discovery.
10:17:43 22    THE COURT:  All right.  Now, what challenges, or is
10:17:48 23  there anything that I can do to assist in getting you and
10:17:53 24  Mr. Gasca connected?
10:17:55 25    MR. HARRIS: Well, I have to -- I'm going to have a

10:17:58   meeting in -- I haven't had the meeting yet, because
10:18:02   Mr. Gasca was transferred recently from McFarland in Kern
10:18:07   County to MDC, and then he had -- he was on standard
10:18:12   quarantine when he first got there.
10:18:14            So my understanding is that Mr. Gasca is now off of
10:18:16   quarantine.  In the very near future I'll have an extended
10:18:21   meeting, the first of many with Mr. Gasca.
10:18:23            As far as what you can do, Your Honor, I have a big
10:18:28   trial scheduled August 23rd with Judge Carney, and
10:18:31   November 8th with Judge Wu.  The dates that I was looking at,
10:18:34   if it works for the Court -- and I've already cleared it with
10:18:38   Mr. Reidy -- are either December 6th or December 13th for the
10:18:42   trial would work for me, if that works for the Court.
10:18:45            THE COURT:  Okay.  So before we discuss any trial
10:18:47   dates, what I would like to do is -- and I'm sorry,
10:18:52   Mr. Gasca, I didn't realize -- when did you get moved?  You
10:18:54   were in San Bernardino before, right?
10:18:57            THE DEFENDANT:  I was in San Bernardino, and then
10:18:58   they sent me to McFarland.  And then I just now got
10:19:02   transferred to MDC.
10:19:03            THE COURT:  You are going to be at MDC for a little
10:19:05   bit, right?
10:19:06            THE DEFENDANT:  Yeah, hopefully so.  I gave them a
10:19:09   lot of trouble over there at McFarland so they could move me.
10:19:13   They finally moved me here.  I'm happy to be here.

10:19:16        THE COURT:  What I would like to do, Mr. Harris,
10:19:18   look, I'll pencil in this December date, but I want to have
10:19:21   you and Mr. Gasca talk first.  And what I want to do,
10:19:26   Mr. Gasca, if it's okay with you, let me have you come back
10:19:29   for another status conference after you all have talked, so
10:19:33   we make sure we are all sort of straight here, you know?
10:19:37        Mr. Gasca, look, you aren't going to have a trial --
10:19:39   I think your original trial date was going to be sometime in
10:19:42   the next month.  That is not going to happen.  We know that.
10:19:45   But I want to have you two meet.  Now that I know you are at
10:19:48   MDC, there is some -- it's easier to meet, in other words,
10:19:52   now.  So Mr. Harris and you can connect.  You can give him
10:19:57   your side of events.
10:19:59        So what I would like to do, let me see if I could
10:20:02   get a date maybe in July, have you come back to just see
10:20:09   where we are at, and then we can pick a trial date.
10:20:12        Now, Mr. Gasca, again, just being straight with you,
10:20:16   you have a right to have a trial within 70 days of your
10:20:19   initial appearance.  I think we are well beyond that based on
10:20:22   the filing of this date.
10:20:24        You just now got a new lawyer, who says he's -- he
10:20:28   just got access to the discovery in the case.  He's going to
10:20:31   need to look at the discovery, talk with you about it.  I
10:20:34   want to make sure, are you okay with us continuing this until
10:20:37   July, so that we can figure out what the trial date will be?

| | | |
|---|---|---|
| 1 | 10:20:43 | THE DEFENDANT: Yeah.  It's -- I've not met |
| 2 | 10:20:47 | Mr. Harris, but he made every attempt -- he left that out of |
| 3 | 10:20:51 | the story, he made several attempts to see me, and I was just |
| 4 | 10:20:54 | bouncing around, didn't catch him.  I'm 99 percent certain |
| 5 | 10:20:59 | that I would be lucky to have him represent me, but I still |
| 6 | 10:21:03 | haven't met him.  So I would like to have that formal meeting |
| 7 | 10:21:07 | with him to make sure we are both clear, and that we can |
| 8 | 10:21:12 | both, you know, coincide. |
| 9 | 10:21:13 | THE COURT:  Right. |
| 10 | 10:21:14 | THE DEFENDANT: And then, you know, like you said, |
| 11 | 10:21:18 | then pick a trial date. |
| 12 | 10:21:19 | I don't think -- I think I would have him represent |
| 13 | 10:21:22 | me, but if something happens that we for some reason can't |
| 14 | 10:21:25 | agree on something, then I will be representing myself.  I'll |
| 15 | 10:21:29 | be happy to postpone it until July. |
| 16 | 10:21:31 | THE COURT:  All right.  So then, let's see.  I think |
| 17 | 10:21:39 | your trial date originally was for next Tuesday. |
| 18 | 10:21:42 | THE DEFENDANT: Correct. |
| 19 | 10:21:42 | THE COURT:  We are not going to have a trial on |
| 20 | 10:21:46 | Tuesday.  We'll vacate the trial date. |
| 21 | 10:21:48 | Let's continue this matter to July the 8th, so that |
| 22 | 10:21:52 | will give you -- that will give a month for you and |
| 23 | 10:21:55 | Mr. Harris to connect, talk, and then when we come back on |
| 24 | 10:22:02 | the 8th, we'll figure out where we are at and set a date from |
| 25 | 10:22:06 | there.  Okay, Mr. Gasca? |

| | | |
|---|---|---|
| 1 | 10:22:07 | THE DEFENDANT: Yes, Your Honor. |
| 2 | 10:22:08 | THE COURT:  Does that date work with you, |
| 3 | 10:22:10 | Mr. Harris? |
| 4 | 10:22:10 | MR. HARRIS: It does. |
| 5 | 10:22:10 | THE COURT:  Mr. Reidy? |
| 6 | 10:22:11 | MR. REIDY: Yes, Your Honor. |
| 7 | 10:22:12 | THE COURT:  Okay.  Then we'll continue this to |
| 8 | 10:22:16 | July 8th.  We can do it at 10 AM, just like today.  Just so |
| 9 | 10:22:25 | we -- and Mr. Gasca, unless you -- well, I should have asked |
| 10 | 10:22:29 | this earlier, are you okay with us proceeding via video |
| 11 | 10:22:32 | today? |
| 12 | 10:22:33 | THE DEFENDANT: Oh, yes.  There is two things, |
| 13 | 10:22:40 | though.  I would prefer, if possible, if it's no difference |
| 14 | 10:22:43 | to the Court, to do the VTC, because the difference is for |
| 15 | 10:22:48 | now that I have come down at 10:00, they just brought me here |
| 16 | 10:22:51 | at 9:30, and I waited for you to come on.  If I do the Court |
| 17 | 10:22:55 | appearance, I'll get up at 4 in the morning, sit in the |
| 18 | 10:22:58 | bullpens, to then see you on video anyway, and then come back |
| 19 | 10:23:01 | all day in the bullpens again. |
| 20 | 10:23:03 | So it's a big difference if I could just do video |
| 21 | 10:23:06 | appearance -- |
| 22 | 10:23:06 | THE COURT:  And that is -- |
| 23 | 10:23:07 | THE DEFENDANT -- on that date. |
| 24 | 10:23:08 | THE COURT:  That is fine.  For hearings like this, |
| 25 | 10:23:10 | status conference, things like that, we can do it on video, |

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

```
1  10:23:13   as long as video is available, and you are okay with it.
2  10:23:17   Obviously, when we get to trial, you are going to have to
3  10:23:20   come, obviously.
4  10:23:21            THE DEFENDANT: Of course.
5  10:23:22            THE COURT:  All right.  So we'll do 10 AM July 8th
6  10:23:26   for a status conference, and we'll see where we are from
7  10:23:29   there, okay?
8  10:23:30            Anything further from the government?
9  10:23:32            MR. REIDY: No, Your Honor.  Thank you.
10 10:23:33            THE COURT: Anything further, Mr. Harris?
11 10:23:34            MR. HARRIS: Nothing further.  Thank you, Your Honor.
12 10:23:36            THE COURT: All right.  Mr. Gasca, we'll see you on
13 10:23:38   July 8th.  Stay safe, all right?
14 10:23:40            THE DEFENDANT: Thank you very much, Your Honor.
15 10:23:41            THE COURT:  All right.
16 10:23:43            THE DEFENDANT: Have a good day, Mr. Harris.
17 10:23:45            MR. HARRIS: Okay.  We'll talk to you soon.
18 10:23:47            THE DEFENDANT: Okay.  I look forward to it.
19                         *****     *****     *****
20
21
22
23
24
25
```

1    I certify that the foregoing is a correct transcript from the
2    record of proceedings in the above-titled matter.

6    ---------------------------

8    Amy C. Diaz, RPR, CRR                February 6, 2024
9    S/   Amy Diaz

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER