```
 1                  UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3          HONORABLE ANDRÉ BIROTTE JR., U.S. DISTRICT JUDGE

 4

 5   UNITED STATES OF AMERICA,        )
                                      )
 6                 PLAINTIFF,         )
                                      )
 7         vs.                        ) No. CR 21-0351-AB
                                      )
 8   JOHNNY RAY GASCA,                )
                                      )
 9                 DEFENDANT.         )
     _____)

10

11

12

13            REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                   FRIDAY, FEBRUARY 4, 2022

15                          2:08 P.M.

16                    LOS ANGELES, CALIFORNIA
```

_____

**CHIA MEI JUI, CSR 3287, CCRR, FCRR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA 90012
cmjui.csr@gmail.com

```
 1  APPEARANCES OF COUNSEL:

 2  FOR THE PLAINTIFF:

 3       OFFICE OF THE UNITED STATES ATTORNEY
         BY: KEVIN B. REIDY
 4       ASSISTANT U.S. ATTORNEY
         312 NORTH SPRING STREET
 5       13TH FLOOR
         LOS ANGELES, CALIFORNIA 90012
 6       (213) 894-2434

 7
    FOR THE DEFENDANT:
 8
         LAW OFFICE OF CARLOS JUAREZ
 9       BY:  CARLOS JUAREZ, ATTORNEY AT LAW
         P.O. BOX 2464
10       RIVERSIDE, CALIFORNIA 92516
         (951) 742-7354
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              LOS ANGELES, CALIFORNIA; FRIDAY, FEBRUARY 4, 2022

 2                              2:08 P.M.

 3                               - - -

 4              THE CLERK:  Calling CR 21-351, United States of

 5    America versus Johnny Ray Gasca.

 6              Counsel, please state your appearances, starting

 7    with the government.

 8              MR. REIDY:  Good afternoon, Your Honor.

 9              Kevin Reidy on behalf of the United States.

10              THE COURT:  Good afternoon.

11              MR. JUAREZ:  Carlos Juarez on behalf of Mr. Gasca.

12              THE COURT:  Mr. Gasca is not present; is that

13    correct?

14              MR. JUAREZ:  Apparently so, Your Honor.

15              THE COURT:  What information, if any, can you

16    share with respect to what you know about where Mr. Gasca

17    is?  He was in custody.

18              And, Mr. Mr. Juarez, I know you are new to the

19    case.  The last time we had a hearing, I appointed new

20    counsel, and that counsel was not available; so the case was

21    transferred to you.

22              What, if anything, do you know about Mr. Gasca's

23    presence here today?

24              MR. JUAREZ:  Your Honor, I reached out to the

25    federal public defender to provide discovery.  I was hoping
```

1  to receive discovery by tomorrow, today by the latest, and
2  then I was going to go see Mr. Gasca.  Unfortunately, I have
3  not received discovery.
4           Just -- I had planned on seeing him last night.
5  Last night there was an issue at the detention center with
6  the -- with the visit.
7           So this morning I called before 7:00, asking if he
8  was going to be there this morning so that I could talk to
9  him.
10          I informed him that he had a status conference at
11 2:00 o'clock by Zoom.  They indicated that they will
12 probably do that with him there at the detention center.
13          I drove over to San Bernardino.  I checked in.
14 They checked me in, and they said, "He's here."  So I go to
15 the conference room, waited for 30, 40 minutes, and then one
16 of the deputies comes out and tells me that he was taken by
17 the federal marshals to L.A. for the Zoom hearing.  So I
18 said, "Okay."
19          Then we -- for your information, Your Honor,
20 oftentimes what they do is they do the hearings -- if they
21 are at housed at San Bernardino, they will do them in
22 San Bernardino.  Sometimes they will take them at West
23 Valley, out to Rancho, or they will take them to L.A.  I
24 said, "Okay."
25          Later in the morning I contacted the marshals

1  holding him, and I said, "Can I speak to Mr. Gasca?  I
2  understand that he was transported there, and he's at
3  holding."
4           They said, "Well, let us check."  And they said,
5  "Do you know what?  He refused to be brought over."
6           I said, "They told me at San Bernardino CDC that
7  he had been transported, he had been removed from the
8  facility."
9           They said, "No."  So they checked again, and they
10 said, "No, he just refused to be transported."  So that's
11 all I know.
12          THE COURT:  Have you had any contact with
13 Mr. Gasca yourself?
14          MR. JUAREZ:  No, I have not, Your Honor.
15          THE COURT:  Okay.  Well, thank you for that
16 information.
17          I am glad I kept this on as a status conference.
18 The purpose of it from my end was just to make sure that
19 Mr. Gasca connected with new counsel and then to discuss a
20 pending trial date because I think it's set for trial in the
21 next few weeks.
22          Mr. Reidy, do you know what the trial date is?
23          MR. REIDY:  It's the 15th, Your Honor.
24          THE COURT:  February 15th.  And so we're trying to
25 figure out what the new trial date is.

1           I'm assuming, Mr. Juarez, you are not going to be
2   prepared to go to trial on the 15th.  But you haven't had a
3   chance to talk to your client about this; correct?
4           MR. JUAREZ:  Correct, Your Honor.  I planned on
5   going out again tomorrow, Saturday, to see him.  And I am
6   hoping he will make himself available.
7           I don't know if he has taken the position that I
8   am not going to cooperate with anybody, but I am hoping that
9   he is cooperative.
10          This morning I took my investigator with me so
11  that he could meet him also, but, unfortunately, they told
12  me he wasn't there.
13          But I will see him tomorrow.  Hopefully he will
14  come out, and we'll talk.  I notice that he did not agree to
15  the last continuance.  The stipulation was not signed by
16  him.  So I don't know.  That could be an issue.
17          THE COURT:  I can't remember -- I don't remember
18  if it was an issue.
19          What I recall from our last hearing is that he had
20  concerns about a VTC hearing because he would have to be
21  taken from his cell to another location.  And he -- I
22  thought he made a representation that, where he is being
23  housed has a VTC.  He couldn't understand why they just
24  didn't use the VTC there.  And I don't know if that's
25  accurate or not, but I suspect part of the issue is that

1  their VTC may not talk with our VTC or our VTC is contracted
2  at certain facilities.  And I'm hoping that that's the
3  reason why he refused to leave the cell because he just
4  didn't want to get transferred somewhere just for the sake
5  of a VTC hearing.
6        So I think what makes best sense -- what makes
7  sense is your -- you plan on meeting with him, hopefully,
8  this weekend.
9        MR. JUAREZ:  I plan on seeing him first thing in
10 the morning.
11       THE COURT:  Right.  And so assuming you speak with
12 him and are able to sort of get a sense of what you are
13 going to do with respect to the trial, if you and the
14 government can meet and confer and file a notice or
15 stipulation if you are going to continue the trial -- that
16 was the whole purpose.  I just wanted to make sure his
17 lawyers -- new lawyer and he had connected.
18       So I don't know if I need to have another status
19 conference if you all connect and are able to agree to a new
20 trial date.
21       If there is an issue, Mr. Juarez, I guess I would
22 ask respectfully if you could let our CRD know so that, if
23 we need to set it for another status conference next week or
24 before the trial, we can do that.
25       MR. JUAREZ:  I will do that, Your Honor.

1       If for some reason he refuses to meet with me, I
2  will let the Court know.  If he does meet with me and -- he
3  might take the position that he doesn't want to agree to a
4  continuance, but I will let the government know, and we can
5  deal with that.
6       THE COURT:  Right.  Okay.  So I'm not going to
7  have any additional status conferences until and unless I
8  hear from either side that one is necessary.
9       I am going to hope that, you know, you meeting
10 with him will give him some comfort as far as having new
11 counsel, figuring out what a game plan is.  And then, you
12 know, trial dates and things like that will work themselves
13 out.
14      But if not, please let me know, and then we'll --
15 if we need to bring another status conference before the
16 15th, we'll do that.
17      All right, Mr. Juarez?
18      MR. JUAREZ:  I will do that, Your Honor.
19      THE COURT:  Thank you very much.
20      Mr. Reidy, anything you wish to add at this time?
21      MR. REIDY:  No, Your Honor.  I guess just in the
22 event -- just anticipating if the defendant doesn't want a
23 continuance, I guess.  Is there any -- does the Court have
24 any clarity about its calendar when -- or is that something
25 we should bring up later?

1 THE COURT: If he doesn't want a continuance -- we
2 can't go to trial on the 15th because the Court is closed
3 for jury trials for the month of February.
4 I have another trial that's set for March the --
5 beginning or middle of March that's a RICO gang murder trial
6 that's going to last at least three to four weeks.
7 I have another Hobbs Act robbery that's slated
8 after that time. So I'm not going to be able to try that
9 case at the earliest until mid to late April. And if we
10 need -- I am sorry. March trial and then a May 10th trial
11 for the Hobbs Act robbery. So I am going to be jammed up a
12 lot in the coming months.
13 And if he doesn't want to continue, agree to
14 continue, we'll deal with it. We'll figure out if there is
15 another place where he can get the case tried, another judge
16 or something else.
17 I think he knows -- and I think I tried to convey
18 to him the challenges we're all dealing with with respect to
19 trying cases in this pandemic sort of world that we're in.
20 MR. REIDY: Yes, Your Honor.
21 MR. JUAREZ: Likewise, Your Honor, I have a trial
22 with Judge Gutierrez that's been put off and put off that's
23 going to start on March 10th that's going to take all of
24 March, and then I have got a panga case with 15, 16 material
25 witnesses. And the government is pushing us. So that's

1  going to follow.  So, yeah, that's the reality, Your Honor,
2  of the pandemic.
3         And then also I need to get ready.  I don't know
4  what investigation, if any, prior counsel has done, if we
5  have to start from scratch.  Those are things I will discuss
6  with him, and, hopefully, it will be a reasonable date.  I
7  will let him know I had a discussion about the Court's
8  calendar and my calendar.
9         THE COURT:  That's fine.  That's fine.
10        So we'll deal with the fires as they come.  I
11 don't know if there is anything else we can do at this
12 stage.
13        Thank you all for your patience and indulgence.
14 Have a great weekend and stay safe.  Thank you.
15        MR. JUAREZ:  Likewise, Your Honor.
16        MR. REIDY:  Thank you, Your Honor.
17    (Proceedings concluded at 2:18 p.m.)
18                      --oOo--
19
20
21
22
23
24
25

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  26th February, 2024.


*/S/ CHIA MEI JUI*

Chia Mei Jui, CSR No. 3287