1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3    HONORABLE ANDRE BIROTTE JR.

4    UNITED STATES DISTRICT JUDGE PRESIDING

5    - - -

6
     United States of America,          )
7                    PLAINTIFF,         )
                                        )
8    VS.                                )   NO. CR 21-00351 AB
                                        )
9    Johnny Ray Gasca,                  )
                     DEFENDANT,         )
10   _____)

11

12

13    REPORTER'S TRANSCRIPT OF PROCEEDINGS

14    LOS ANGELES, CALIFORNIA

15    FRIDAY, FEBRUARY 3, 2023

16

17

18    _____

19    KATIE E. THIBODEAUX, CSR 9858
      U.S. Official Court Reporter
20    Suite 4311
      350 West 1st Street
21    Los Angeles, CA  90012

22

23

24

25

```
 1   APPEARANCES OF COUNSEL:

 2

 3   ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA:

 4                    U.S. DEPARTMENT OF JUSTICE
                      U.S. ATTORNEY'S OFFICE
 5                    BY: KEVIN REIDY, AUSA
                      -and- KATHY YU, AUSA
 6                    312 North Spring Street
                      Twelfth Floor
 7                    Los Angeles, CA  90012

 8

 9   ON BEHALF OF THE DEFENDANT:

10                    IN PRO SE

11

12   ADVISORY COUNSEL FOR DEFENDANT:

13                    MARK CHAMBERS LAW
                      BY:  MARK A. CHAMBERS
14                    500 La Terraza Boulevard
                      Suite 150
15                    Escondido, CA  92025

16

17

18

19

20

21

22

23

24

25
```

1          LOS ANGELES, CALIFORNIA; FRIDAY, FEBRUARY 3, 2023

2                          2:44 P.M.

3                          - - - - -

4

5

6          THE CLERK:  Calling criminal case No. 21-351,

7   United States of America v. Gasca.

8               Counsel, please state your appearances.

9          MR. REIDY:  Good afternoon, your Honor.  Kevin

10  Reidy and Kathy Yu on behalf of the United States.

11         MR. CHAMBERS:  Good afternoon, your Honor.  Mark

12  Chambers, advisory counsel on behalf of Mr. Gasca who is

13  present before the Court in custody.

14         THE COURT:  All right.  Good afternoon to you

15  both.

16         THE DEFENDANT:  Good afternoon, Your Honor.

17         THE COURT:  So we have the status conference for

18  today.  Since then I believe Mr. Gasca has filed a

19  document, ex parte application for Rule 17 or for

20  out-of-district subpoenas and a memorandum in support of

21  that.

22              Prior to him filing that, the government had

23  filed an opposition to subpoenas based on I believe what

24  had occurred at our last status conference where

25  Mr. Gasca raised some similar issues.  So I have had a

1    chance to review both of those documents.

2            I guess the question that I have for Mr. Gasca

3    is that you want to subpoena an individual.  I just want

4    to make sure I get the names right here.

5            It is referred to by initials by the

6    government, BG, and if I understand you correctly,

7    Mr. Gasca, you want to -- your offer is that she would

8    testify among other things that the victim in this

9    case -- the alleged victim in this case mental state was

10   not -- she seemed fine leading up to the incident in

11   question to rebut the government's notion that she has

12   some mental issues; is that correct?

13       THE DEFENDANT:  Yes.  That is one of the issues.

14       THE COURT:  Okay.  And then also I guess to

15   suggest that maybe that someone else may have kidnapped

16   the alleged victim in this case.

17       THE DEFENDANT:  That is what she told me.

18       THE COURT:  So and now I don't know if you have

19   had a chance to review, the government has indicated that

20   they have interviewed BG, and she says she hasn't spoken

21   to the alleged victim in this case for I think it was

22   three years prior.  You say that is false.

23       THE DEFENDANT:  Yes.  And also they didn't

24   interview her.  My investigator gave them the report.  It

25   was a very short report.  He called her and she said that

1    there is an agent that at some time interviewed her and

2    then had some information that was taken from her.

3         THE COURT:  Right.  But I think the government is

4    saying that when that agent spoke to her, BG said she had

5    not spoken to the alleged victim in this case for three

6    years.

7         THE DEFENDANT:  That is incorrect.  She spoke to

8    at least two or three times a week.

9         THE COURT:  Okay.  Now, but your investigator went

10   out to speak with her, and she said she didn't want to

11   have anything to do with the case.

12        THE DEFENDANT:  Her impression of me -- I never

13   spoken to her except when I asked about her

14   daughter-in-law's whereabouts.  Her impression of me is

15   that I am some criminal, I took her mom and her mom's

16   money.  So I would expect her to say nothing else.  I

17   mean, I would fully expect her to say I want nothing to

18   do with that situation.

19        THE COURT:  Right.  But the problem for me is

20   this.  I got a statement from an investigator says they

21   spoke to this woman.  She has not spoken to the victim in

22   this case for three years.

23        THE DEFENDANT:  I don't even believe that that

24   statement was false.  I believe that report that I read

25   it, I believe he just wrote it down wrong when he

1    interviewed her.

2            THE COURT:  What makes you say that?

3            THE DEFENDANT:  Because she would have been --

4    there would have been people close to -- that she would

5    not have spoken to.  Let me slow down.  Estrellita, this

6    lady is like Estrellita's 's daughter.  Estrellita is

7    like her mother.  She was married to her father you know

8    what I mean.  They were not only -- she spoke two or

9    three times a week.  Estrellita is very close to this

10   lady, and she has a son.  Estrellita considers her like a

11   grandson.  I overheard that conversation with him calling

12   her grandmother.  She spoke to them.  Also, they had

13   plans for Estrellita to return to New York and then spend

14   a week with her.  That was when I was supposed to go and

15   meet her.

16            So, you know, it is impossible that she was

17   distant from her or the government's word was that she

18   was estranged from her in the opposition.  She is not

19   estranged from her.

20            THE COURT:  But I am looking at this document that

21   has a 302 that says B, which I assume is the witness you

22   want to subpoena.

23            THE DEFENDANT:  Yes.

24            THE COURT:  Has not talked to E, advise the victim

25   in the last three years and has not spoken to R, I think.

1      THE DEFENDANT:  Her daughter.

2      THE COURT:  In 27 years.

3      THE DEFENDANT:  That is her daughter.  She has no

4  contact.  The daughter is estranged from Estrellita.  But

5  this is her daughter-in-law or her stepdaughter.

6      THE COURT:  But you want me to say one part of

7  this sentence is true but the other part is false?

8      THE DEFENDANT:  I don't even know if the other

9  part is false.  I know that would most likely be because

10  I know her own mother doesn't have a relationship with

11  her daughter, they are calling Roxanne or whatever her

12  name is with an R.  It is the name Roxanne.  So she is

13  saying, you know, about that relationship, I don't know.

14          All I know is this.  I personally heard her

15  speak with the lady at least two or three times a week

16  and she was very close to her.  And if she is not very

17  close to her, it is going to make me look bad.  Right.

18      THE COURT:  Right.  You are asking me to have some

19  person hauled into Court from New York.

20      THE DEFENDANT:  Why would I do that if what I was

21  saying wasn't true?  Estrellita is going say, no, I don't

22  see her, and she is going to say I never seen her.  How

23  would that benefit me?  I would look like a fool if I did

24  that.  I called her, and she was very worried about her

25  mother.  I asked her questions.  She told me, listen, a

1    lady called her, and the lady said your mom is sick, she

2    is not well, she can't speak on the phone right now.

3    Then I asked her -- she asked me for my father's Social

4    Security card.

5          THE COURT:  She told you.

6          THE DEFENDANT:  That was Estrellita's husband,

7    ex-husband.  She asked me for my father's Social Security

8    card.  And I said put my mother on the phone and then she

9    hung up.  I asked her what number.  That was from

10   Estrellita.

11          The lady, took her phone and when she is

12   calling, that number was called from her phone.  So I

13   told her, okay, do me a favor if Estrellita calls you

14   back or if you have any contact with her, let her know

15   this.  I want to talk to her, and she said okay.

16          Sometime later she called back asked me a

17   little bit more about me.  I told her who I was.  She

18   asked me my age.  And I didn't hear from her no more.

19   Then as the report says there, then she called and talked

20   to her daughter.  And her daughter told her a different

21   version of what I was.  The daughter told her.  So she is

22   going to call me, hear my version.  She is going to call

23   the daughter and the daughter is going to tell her, no,

24   my mom is not being kidnapped, she is just in California

25   avoiding somebody who is abusing her.  Of course, she is

```
1    going to believe her daughter.

2          THE COURT:  Let me hear the government's response.

3          MS. YU:  Your Honor, at bottom, the facts that

4    defendant offers haven't been borne out by anything in

5    the record.  His own investigator doesn't support his

6    rendition of these facts, and the government's

7    investigator who interviewed BG said that they -- that

8    she hasn't been in touch with the victim in three years.

9             There is nothing else supporting defendant's

10   proffer, and, even if this Court were to accept it, they

11   don't go to any facts or issues in dispute in the case.

12   It is defendant's intent that is at issue.  It is

13   defendant's kidnapping at issue.

14            Even assuming that the victim had been

15   kidnapped by who we are referring to as a family friend,

16   defendant's subsequent kidnapping doesn't make it right.

17   His taking her to a Chase bank in Orange County and

18   taking all her money doesn't absolve him of extortion or

19   kidnapping.  Everything else we have in the record is

20   contrary to these versions of events.

21            In the surreptitious video, for example, he

22   yells at the victim and said you didn't want to get in

23   the car.

24          THE DEFENDANT:  That is a lie.

25          MS. YU:  Those are his lies.
```

```
 1          THE DEFENDANT:  I am a little tired of this girl

 2     lying.

 3          THE COURT:  Listen, I gave you plenty of time to

 4     speak.  This is how it works here.  The government does

 5     its piece.  You get a chance to respond.  I am going to

 6     speak to you bluntly.  You have got to chill.  You have

 7     got to chill.  Okay.  Otherwise, we are going to have an

 8     ugly trial here because you do not want to have this

 9     nonsense happening in front of a jury and then I got to

10     take a break.

11          THE DEFENDANT:  I am --

12          THE COURT:  I am letting her speak.  I am going to

13     give you a chance.  Hold tight, please.

14             Go ahead, Ms. Yu.

15        MS. YU:  So based on the facts and the law

16     defendant just hadn't made the showing and necessity.

17          THE COURT:  So I want to make sure I understand

18     this.  Tell me defendant is charged with what.

19          MS. YU:  He is charged with kidnapping.  He is

20     charged with extortion of the victim.  He is charged with

21     I believe it is two counts of obstruction of justice and

22     one count of witness tampering.

23          THE COURT:  And the kidnapping occurred here in

24     Los Angeles?

25          MS. YU:  It occurred on L.A. property.
```

1      THE COURT:  Right.  And so I want to make sure I

2  understand because his claim is he wants BG to come in to

3  say that her mental issues, that she was fine, no issues

4  about dementia in play before she went to California.

5      MS. YU:  I understand that but --

6      THE COURT:  Hear me out.  What evidence, if any,

7  will there be related to the victim's mental health?

8      MS. YU:  Well, we are going to have the person who

9  asked her -- the neuropsychologist will testify as to the

10  videos that he saw of the kidnapping.  He will testify as

11  to his own examination of her, and the family friend will

12  testify as to what she observed in her lay person's

13  capacity.

14      THE COURT:  What she observed when the victim was

15  here in Los Angeles?

16      MS. YU:  Was here in Los Angeles.

17      THE COURT:  Okay.  Which is going to presumably be

18  that either the doctor and/or the friend will say her

19  mental wits were not all there.

20      MS. YU:  Yes.  And we agreed to make the victim

21  available as well.

22      THE COURT:  I'm sorry?

23      MS. YU:  We have agreed to make EC available as

24  well.

25      THE COURT:  For an interview?

1        MS. YU:  For trial.

2        THE COURT:  Is she going to testify at trial?

3        MS. YU:  Defendant has asked, and we have agreed

4   to make her available.

5        THE COURT:  Okay.  So what is your response to

6   defendant's argument that if you are going to claim that

7   she had mental issues don't I get to bring in a witness

8   to say, well, I spoke to her weeks before she came to

9   California and she exhibited those symptoms.

10        MS. YU:  But he hasn't made that factual showing?

11        THE COURT:  I think that is why he is saying BG

12   spoke to her and spoke to her I guess he is saying

13   regularly.

14            And would that -- would that make -- would

15   that be relevant to the extent you are trying to suggest

16   that her mental health is in question?

17        MS. YU:  Sure.  If there is any shred of evidence

18   in the record suggesting that that is true, Your Honor.

19   Your Honor, but everything we have in the record is to

20   the contrary.

21        THE COURT:  Well, but in fairness all we have in

22   the record is the government's interview of her, the

23   defense investigator's attempt to interview her where she

24   just said I don't want to talk to you.

25            I don't -- we don't have a defense

1    investigator saying, hey, when I spoke to her, she

2    confirmed or said I haven't spoken to the victim in three

3    years.

4         MS. YU:  Exactly.  And I think what we need to to

5    do before we talk about issuing the subpoena is to have

6    the investigator actually talk to this person and confirm

7    it because Rule 17 is not meant to be a discovery

8    mechanism.  It is not a way by which defendant tries to

9    learn what this person may say.

10        THE COURT:  But, in fairness, Mr. Gasca did say,

11   look, we bring her out here and if she comes up here and

12   says I haven't spoke to her in three years, it is going

13   to make Mr. Gasca look kind of foolish.

14            So what I am trying to figure out, ideally

15   what I would like is a scenario where we could get an

16   investigator to talk to her to find out have you talked

17   to this woman or not.

18            So I am asking the government, is there

19   anything that the government can do in that regard?

20        MS. YU:  I believe our agent did try to reach out

21   to this person, and this person was also nonresponsive.

22        THE DEFENDANT:  May I speak?

23        THE COURT:  Go ahead, Mr. Gasca.

24        THE DEFENDANT:  The government's doctor that is

25   going to interview her is an interview that takes place

1  nine months later.  One of the other witnesses I am going

2  to ask for today is the doctor who interviewed her at the

3  time.  This lady came out to California.  She was

4  sequestered by these people and put in a mental hospital.

5  She certainly didn't come out here and say I want to come

6  out to a mental hospital, and she was in there two months

7  until the day that I took her.  So they are claiming that

8  she left me and wanted to get away from me.  She went to

9  a mental hospital.

10      THE COURT:  That is a different story.  I am

11  trying to deal with the issue about the mental illness.

12      THE DEFENDANT:  My point is they don't have no

13  evidence of –– what they are going to have a doctor

14  interview her, review some tapes which I am objecting to.

15  Your Honor hasn't ruled on that yet.  Videos that were

16  taken again.

17      THE COURT:  One thing at a time.  Go ahead.  Go

18  ahead.

19      THE DEFENDANT:  Videos they reviewed.  So this

20  lady is going to come, this lady is the most –– as far as

21  her mental state, if we are dealing with that issue

22  alone, she is going to say –– in fact, when she talked to

23  the FBI why didn't she say my mom had some mental issue?

24      THE COURT:  The problem is that right now, we

25  don't have any evidence of what you said other than you

1    saying it.  An investigator has gone out to her, and,

2    when she interviewed her, this is what is reported.  Your

3    person went out.  She didn't want to talk to her.

4            THE DEFENDANT:  Right.

5            THE COURT:  So it puts me in an awkward position

6    because I am basically saying I am just going to believe

7    your word that she is going to say something completely

8    different than what she told the FBI.

9            THE DEFENDANT:  Again, I would look really stupid

10   if she came out -- first of all, this lady is not my

11   enemy.  So I wouldn't even want to put her through the

12   inconvenience.  It is not only that the EC had no mental

13   problems because EC was being interviewed for jobs.  She

14   had a whole life.  All of that will come out in trial.

15   There was nothing that indicated for them to say she had

16   a mental problem.

17            But aside from that fact, this lady had plans

18   with her, this lady -- how would I know these things if

19   it wasn't true?

20            THE COURT:  Let me stop you.  Let me stop you.

21            Mr. Chambers, you are standing up.  Is there

22   something you wanted to say?

23            MR. CHAMBERS:  Your Honor, could I just have a

24   moment to talk with him?

25            THE COURT:  Please.

```
 1          (Counsel and defendant confer.)

 2          THE DEFENDANT:  Also, Your Honor, at the time

 3   before we left, Estrellita was speaking to her because

 4   the lady's son who is Estrellita's grand son had a

 5   birthday.  I wouldn't know all these things if I was

 6   lying.  Had a birthday and she invited Estrellita to come

 7   out and Estrellita told her that I can't come out right

 8   now because I got to go somewhere.  Then afterward I told

 9   Estrellita why did you tell her.  It is okay, they know.

10          Don't assume you are not going to your

11   grandson's birthday, and then she texts her by Facebook

12   and text her again that the reason I am not going is I am

13   going to a wedding.  But during that conversation she

14   made plans with her, she would go with her.

15          Also Estrellita had a flag of her husband when

16   she died, and she was trying to get that flag from

17   Estrellita.  Estrellita had me hold it before she moved

18   in to hold her plastic bag, and was trying to get back to

19   her sister-in-law.  So there is no way.  Maybe she didn't

20   see her in two years which I don't know how though but

21   they talked all the time.

22          THE COURT:  Okay.

23          Mr. Chambers.

24          MR. CHAMBERS:  Your Honor, I would suggest we

25   coordinate a joint interview of the witness with both
```

1    sides' investigators as a joint interview.

2         THE COURT:  We have got to flesh this issue out.

3         MR. CHAMBERS:  And rather than one side call and

4    have her hang up or the other side call and have her hang

5    up, a joint phone call made to her with both parties

6    involved and then we accept the interview.

7         THE COURT:  What is the government's position as

8    it relates to that?

9         MS. YU:  We are amenable.  It is just she hasn't

10   picked up on anybody's calls so I don't know how fruitful

11   that will be, but we will be happy to arrange that.

12        THE COURT:  Mr. Gasca, what is your view about

13   that if we can get her?  The problem I am having is that,

14   look, you are saying she is going to say something

15   different.  Do you it at your own peril.

16        THE DEFENDANT:  Of course.

17        THE COURT:  But I am not inclined to, say, slap

18   someone with a subpoena to fly all the way out here if we

19   can find out the answer.  If she is going to say what you

20   say, hey, that makes it a different ballgame.  We can

21   cross that bridge when we get there, but I would like to

22   just know what she said.

23        THE DEFENDANT:  Sure.

24        THE COURT:  So I guess I will ask the government

25   if you can try to utilize some resources to see if you

1 can get someone to doorknock, to find her.  I know it is

2 easier said than done.

3    I just want to know what the story is, and it

4 is not that I am saying -- it is not that I am

5 suggesting.  I don't believe that is what is in the 302,

6 but he is saying something different.  He is pro se.  I

7 want to go through this trial one time only, and he is

8 making specific statements that he believes that she will

9 say.  But, you know, the investigator, she was not

10 talking to them.

11    So to the extent you can try to find her and

12 explain to her that, look, I mean, it may put me in a

13 position where if she doesn't want to talk, I may grant

14 the motion and she will be subpoenaed to come out here.

15 Or if she says I haven't spoken to him, then she will say

16 it on the stand in front of a jury.

17    But I just want to make sure I have done

18 everything I can to exhaust this issue.  So if you could

19 help the Court in that regard, it would be much

20 appreciated.

21   MS. YU:  Yes, Your Honor.  We will try.

22   THE COURT:  Okay.  All right.  So that is it with

23 respect to that issue.  What else for today?

24   THE DEFENDANT:  I have Darrell Blackwell who is

25 Valerie Aquino's husband.  I would like to subpoena him.

1          THE COURT:  Who is he?

2          THE DEFENDANT:  He is her husband.

3          THE COURT:  Whose husband?

4          THE DEFENDANT:  He is Valerie Aquino's husband,

5    the lady I claim took her.

6          THE COURT:  And where does he live.

7          THE DEFENDANT:  He lives with her.

8          THE COURT:  In Los Angeles?  New York?

9          THE DEFENDANT:  In Los Angeles.  He is not out of

10   state.

11         THE COURT:  And how do you know -- you say that

12   Darrell Blackwell did what?

13         THE DEFENDANT:  He picked up Estrellita from the

14   salon originally when they took her.

15         THE COURT:  In New York.

16         THE DEFENDANT:  No.  Here.

17         THE COURT:  In Los Angeles.

18         THE DEFENDANT:  Refresh you a little bit.  I came

19   out here with Estrellita to do a film.  Estrellita was

20   left in the salon, and she was supposed to be picked up

21   by Valerie Aquino.  She was supposed to be returned two

22   days later.  Two days later they appeared at a hotel.

23   Darrell Blackwell, who is a Los Angeles police officer,

24   appeared in plainclothes and told me we just want to make

25   sure everything is alright because we were concerned

1   about her.

2           I said, okay, told him who I am.  They didn't

3   have my full name.  I didn't take none of that personal.

4   Then he said where we got her home, and we just wanted to

5   come and check with you first.  I said okay.

6           THE COURT:  Tell me, what is the significance of

7   his testimony?

8           THE DEFENDANT:  He is with her all the time.  And

9   when she did the thing she did which is to betray me as

10  an abuser on her 302 her first thing is my husband is a

11  LAPD, and he was with her all the time.

12          THE COURT:  So I am not trying to -- what is the

13  significance of the testimony?

14          THE DEFENDANT:  I know from the 302s and things

15  that I have read, you know, Valerie is lying.  But I have

16  ways that I am going to prove that she is lying now.  So

17  he has got to come and either back those statements up if

18  they are true.  He is with her.  Or he is not going to

19  back them up.  I know he is not going to back them up,

20  and it is going to come out more lies.

21          THE COURT:  Hold on.  There are a couple of

22  problems with this.

23          THE DEFENDANT:  Okay.  You don't know -- he

24  couldn't come here to testify to back up anyone because

25  if Valerie Aquino is testifying, what she says is what

1    she says.  You prove or disprove what she says with

2    cross-examination.  So you couldn't bring Darrel

3    Blackwell into back up something else.  Secondly, you are

4    saying I know he won't back her up.  How do you know

5    that?

6          THE DEFENDANT:  That is what I am saying if he

7    attempts to back her up, it only proves he will get

8    caught up in that.  He is her husband so he is with her

9    all the time.  They took Estrellita.  Estrellita lived

10   there for they claim a week.  They got power of attorney.

11   He was with her during this time, and she made police

12   reports.  You know, in those police reports she lied in

13   the police reports.  You know, that will come out.

14         THE COURT:  All right.  So, listen, you are going

15   to try to prove that what Valerie Aquino did was lying.

16   You prove it through the cross-examination of her.  I am

17   not going to allow you to subpoena the husband.  I don't

18   see it is relevant.  I think it is also hearsay.  And I

19   haven't heard anything to suggest that, you know, he is

20   going to say something that is inconsistent with what she

21   said.

22             Who is the next person?

23         THE DEFENDANT:  Okay.  Well, before we leave that

24   issue, he came and talked to me, and I talked to him at

25   the hotel.  And he texted me and I had text exchanges

1    with him.

2         THE COURT:  And what do they say?

3         THE DEFENDANT:  Talk about my frame of mind.  She

4    wants to stay.  She has got to stay.  I am not going to

5    believe you.

6         THE COURT:  But I don't see that as being relevant

7    to this issue.  The issue is whether or not you kidnapped

8    her.  You had a conversation with Mr. Blackwell.  I am

9    not sure I see how that bears on anything.

10        THE DEFENDANT:  Okay.  Next.

11        THE COURT:  Uh-huh.

12        THE DEFENDANT:  This is an out-of-state, slightly

13   out of state because it is in Southern California.  It is

14   the head nurse, her name is Carlotta Terry.  She was in

15   charge of Estrellita for the two months that she was

16   taken and put in that place.  So the government is

17   offering you to have a doctor say his review nine months

18   later, but I want the head nurse who reviewed her and I

19   want the doctor who reviewed her.  She was there two

20   months with them.

21        THE COURT:  Do you have any records of what

22   happened in that facility?

23        THE DEFENDANT:  No.  That is exactly what I need

24   to know.  She was given medication.  It says on the

25   doctor's report that they have that the previous

1   diagnosis of her was that she had mild cognitive

2   problems.  Now, she come and say she has something

3   severe.  I don't know what she has, but I know at the

4   time she wasn't doing it the way the government is

5   claiming she was.

6           She is placed in a hospital for psychiatric

7   evaluation so a doctor had to review her.  She was there

8   for two months.

9       THE COURT:  Let me stop you.  So, Ms. Wu, what if

10  any evidence do we have of underlying records of her stay

11  at this hospital?

12      MS. YU:  Your Honor, the government is not in

13  possession of any records relating to her stay when this

14  Carlotta Terry was the psychiatric nurse practitioner.

15      THE COURT:  You don't have any of those records?

16      MS. YU:  We don't have the records.  We just have

17  an e-mail from the family friend Ms. Aquino regarding her

18  care, and that is how the name came up.

19      THE COURT:  But then the doctor who is going to

20  testify, did he evaluate any of those records?

21      MS. YU:  We don't think so, Your Honor.  No.

22      THE COURT:  So he is going to base his opinion on

23  what?

24      MS. YU:  On his own valuation of her and other

25  medical records.  Just not the ones from Ms. Terry.

```
1          THE COURT:  And Mr. Gasca, you are saying this is

2   the head nurse of the facility where she --

3          THE DEFENDANT:  And the doctor.  For example, why

4   would the government want a doctor who is going to give

5   his opinion nine months later when we could have the

6   doctor who was reviewing her at the time, at the time of

7   the so called kidnapping.  We have knowledge that a

8   doctor -- she was in the hospital.  She was in the

9   hospital.

10         THE COURT:  Let me stop you.  Why haven't you had

11  your investigator go out and try to interview these

12  folks?

13         THE DEFENDANT:  Oh.  I approached this to him, and

14  he said that he can't approach them without a subpoena.

15         THE COURT:  Wait.  Hold on.  It is a two step

16  process.  I see what you are trying to do, but you don't

17  know what they are going to say.  What if -- what if you

18  are wrong.  And I am not saying you are, but I would

19  think you are not going to want to call anyone that is

20  going to come in here and make your case worse.

21              Wouldn't you want to know what they have to

22  say before the trial?

23         THE DEFENDANT:  If that is possible, but I don't

24  need to know what they are going to say because they can

25  come here.  I don't think they are going to lie.  They
```

1    they are not the government's paid expert that is coming.

2         THE COURT:  So, look --

3         THE DEFENDANT:  May I say something else?

4         THE COURT:  Hold on.  I am not going to just

5    subpoena witnesses that you haven't even interviewed.

6    You have an investigator.  The investigator should go to

7    those witnesses and talk to them and find out what

8    happened.

9         (Defendant and counsel confer.)

10        THE DEFENDANT:  Okay.  That is fine.  When I spoke

11   to him, he said that he wouldn't have access to these

12   people, but maybe there was a misunderstanding.  So I

13   will have him to do that.

14        THE COURT:  It would be to your benefit.  Go talk

15   to them.  If they tell you what you are expecting them to

16   say, then fine.  Then we will deal with the subpoena.

17        THE DEFENDANT:  Okay.  Okay, your Honor.

18        THE COURT:  Okay.  What is next?

19        THE DEFENDANT:  I don't have that doctor's name.

20   I was told I would get it from the government, but they

21   are saying they don't have his name.

22        THE COURT:  Do you know the names of the doctors?

23        MS. YU:  No, Your Honor.

24        THE COURT:  But you know the name of the facility.

25   Does either side know the name of the facility where she

1    was being treated?

2           MS. YU:  Yes, Your Honor.

3           THE COURT:  Okay.  Do you know the name of the

4    facility, sir?

5           THE DEFENDANT:  Yes.

6           THE COURT:  So then I think your investigator will

7    be able to find the doctor.  If there is an issue with

8    that, then let me know, but I think your investigator

9    should be able to figure out who treated her.

10          THE DEFENDANT:  Okay.

11          THE COURT:  What is next?

12          THE DEFENDANT:  Next, I have the bank video.  They

13   don't have a bank video of when I went in the bank with

14   her and I so-called took her money.  They claim they

15   don't have a video of it.  So my investigator contacted

16   this person, and he said that the FBI agent asked him to

17   do him a favor, not subpoenaed, do him a favor and give

18   him a copy of the video.  He said he gave a copy of the

19   video.  He didn't really clear when he came in once or

20   twice, whatever, but he doesn't have it now so that is a

21   shady story to me.  The FBI agent did something he wasn't

22   supposed to do so I want to call that guy in.

23          THE COURT:  Call who?

24          THE DEFENDANT:  The person who is in charge of the

25   bank video.  I also have contrary information that has

1    told me that those videos are kept.  There is no reason

2    to erase them now.  They are kept digitally.  They are

3    kept wherever they do it now.  I want them to come in.

4              If that is true, I am asking the Court -- it

5    is not going to be a jury, remember, it is going to be

6    you.  So I want him to come and I want him to tell you

7    that story.  Why is it that everything that benefits me

8    they don't have.

9              They don't have a VA video.  These are two

10   main cameras, and the guy said, yes, he has the third

11   camera in the farthest corner with a view like a block

12   away.  I am not stupid, Your Honor, just like you are not

13   stupid.  I want him to come to court and testify.  He can

14   come to testify and testify and say, yeah, they were

15   broken and that was it, that was it.  But I want him to

16   come tell that story in Court.

17        THE COURT:  Remind me, what is the story with the

18   videos?

19        MS. YU:  Let's start with the first set of videos

20   from Chase.  The issue raised last time was defendant

21   wants video from a certain camera at the time when he

22   reentered the bank after they went through the Social

23   Security office.

24              Mr. Chambers asked us if we could ask the

25   Chase folks because they possibly would be more

1   responsive.  We said, sure.  They said they had no other

2   video.  They only maintain it for a certain number of

3   days, and we relayed that to Mr. Chambers.  That was with

4   respect to the Chase video.

5           All the Chase video that we got whether by

6   subpoena or just asking, we turned over.

7           THE COURT:  There is no other videos that you

8   have?

9           MS. YU:  There is no additional video in our

10  possession or in Chase's custody, control or possession.

11  To the extent defendant thinks that this is contradicted,

12  he can cross the agent on the stand.  He can ask him how

13  he obtained these videos and whether that is policy and

14  procedure.  We don't need to haul in someone from Chase

15  to confirm what we all know.

16          THE COURT:  So, Mr. Gasca, you are saying that

17  someone from Chase told your investigator --

18          THE DEFENDANT:  That the FBI agent asked him to do

19  a favor and not go through the normal route.  He

20  specifically asked him.

21          THE COURT:  Who is that person?

22          THE DEFENDANT:  That was the person in charge of

23  the video.

24          THE COURT:  Do you have a name?

25          THE DEFENDANT:  Yes.  And then so he asked them

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    and then he said that he did him a favor.  He gave him

2    the video.  Know what I mean.  He said he talked to him

3    recently.  He wasn't aware of a second video when I went

4    on.  The whole story was fishy.

5          THE COURT:  So who is it that you want to

6    subpoena?

7          THE DEFENDANT:  That person that is in charge of

8    the video and did that special favor for the agent.

9          THE COURT:  I can't -- what is the name?

10         MR. CHAMBERS:  The name is Daniel Plaza, Your

11   Honor.

12         THE COURT:  Can you spell that for me, please.

13         MR. CHAMBERS:  Daniel, and the last name,

14   P-L-A-Z-A.

15         THE COURT:  Daniel Plaza.  Okay.

16         THE DEFENDANT:  And the government didn't make it

17   clear to you.  The second time I went in the bank is when

18   the transaction happened that her money was withdrawn.

19   When have you ever herd of they don't have a bank video.

20   They are my lawyers, the ones I fired before.

21              They didn't -- it was their job to get this

22   evidence.  Government say we don't have it, it was

23   erased, whatever.  So now I am asking for it nearly two

24   years later.  I can't argue that.  But they don't have

25   the video of when I allegedly did this crime when this

```
 1   lady was allegedly forced to take her money out.  They
 2   don't have the video.  That would require you to believe
 3   that the agent never felt it was needed -- neither of
 4   them ever felt it was needed and no one ever asked for it
 5   until now.
 6           THE COURT:  All right.
 7           THE DEFENDANT:  The bank video.
 8           THE COURT:  All right.  Ms. Yu.
 9           MS. YU:  Your Honor.  It is very common in these
10   types of cases where these things are quickly happening,
11   there is somebody being driven to a bank, that we call on
12   our law enforcement contacts to give us a video because
13   it will be faster of getting admin or grand jury or some
14   sort of formal process.  And there is nothing untoward
15   about it, and, moreover, he can cross the agent on that.
16               And we are having a Chase manager testify in
17   our case in chief and he can ask that person.  And that
18   person handled the transaction with defendant.  He is the
19   person who saw the defendant come in with the victim.
20           THE COURT:  So I am going to hold off on Mr. Plaza
21   because I am not sure that witness is necessary, and I am
22   not sure this issue about what videos are there or not
23   are germane to the case right now.  I am going to hold
24   off and actually putting a note because I am not seeing
25   it yet if, in fact, you are going to have tellers coming
```

1    in and say you were there or not.

2            THE DEFENDANT:  The government's case is that I

3    induced this woman or forced her and she was in fear of

4    her life and she went in and withdrew her money.  A bank

5    video of her hugging up on me and kissing on me is very

6    contrary to that.

7            THE COURT:  I get that, but there is also going to

8    be somebody here who will testify as to what they saw.

9            THE DEFENDANT:  He may testify to our transaction.

10   He may not testify that I was in the bank with her

11   waiting ten minutes on the line hugging and kissing her.

12           THE COURT:  Hold off on it.  Let me see what they

13   have to say before I decide whether or not we need to

14   bring this person in to say he did or didn't ask for a

15   solid for an FBI agent.

16               So next?

17           THE DEFENDANT:  I need a medical report.  They

18   said before they could give me one redacted.  I will take

19   a redacted.

20           THE COURT:  Medical report of what.

21           THE DEFENDANT:  Of Estrellita's evaluation.

22           THE COURT:  Okay.  Are you talking about the

23   doctor's report about her mental condition?

24           THE DEFENDANT:  Yes.  Before we jump forward, on

25   the video cameras, there is a --

1          THE COURT:  Sorry.

2          THE DEFENDANT:  The VA cameras from the parking

3   lot.  I would like that gentleman to come in and tell his

4   story too.  He is saying that the two cameras don't work.

5   He said they don't work.  They are planning on getting

6   rid of them, but, yet, this third camera on the roof that

7   shows a block away they are planning on keeping that.  It

8   makes no sense.  We are talking about the main entrance.

9          THE COURT:  I get it, but, look, the witness is

10  going to say what they want to say.  You can

11  cross-examine on that.  But having a witness to come in

12  and say there are no other cameras, the person who is

13  going to testify about the one existing camera, you can

14  ask him about, what about this camera, what about that

15  camera.  And he may or may not know what the status is

16  relative to those other cameras, and, if he doesn't,

17  coming here as a witness for the government and you don't

18  know what is going on with those other cameras, you get

19  your same point across.

20         THE DEFENDANT:  I just feel that this -- I feel

21  these people are lying and they should come to Court and

22  tell that story.  And I will -- it will be satisfied.  I

23  am not saying you are, but I am going through a trial

24  where there is no bank footage.

25         THE COURT:  But that is the whole purpose of

1    cross-examination.  Like that is your argument; right?

2              I mean, so the government is going to prove

3    its case how it thinks it should, and you will

4    cross-examine on that.

5              So what is next?  You say the medical report.

6         THE DEFENDANT:  Medical report.

7         THE COURT:  What is the government's position?  Is

8    there -- the report from the doctor who is going to

9    testify at trial.  Do we have a copy of that?  Is there a

10   redacted version that can be provided to the defense?

11        MS. YU:  I think we have already produced it

12   subject to the protective order, Your Honor.

13        THE COURT:  So you are saying you haven't received

14   it, Mr. Gasca?

15        THE DEFENDANT:  There is a protected one.  There

16   is a lot of things I am going to use for my

17   cross-examination.

18        THE COURT:  What is in there?

19        THE DEFENDANT:  The medical.  He reviewed her

20   medical report saying what he reviewed and also this this

21   his nurse who reviewed her and about her previous care.

22   It is all in that report.

23        THE COURT:  What has been redacted to the extent

24   you can share?

25        MS. YU:  Your Honor, we are happy to look at that

1   and see if we can make further redactions and give a copy

2   to the defendant.

3        THE COURT:  Why don't you in the next five days,

4   if possible, submit to the Court an unredacted version.

5   And I will see what -- well, how about this.  I will give

6   you a little more time than that, how about in the next

7   10 days submit to me an unredacted version, the redacted

8   version that was submitted to Mr. Gasca and to the extent

9   you are going to make any changes of that version.

10            Does that make sense?

11       MS. YU:  Your Honor, actually, we don't think we

12   have produced a version that is redacted yet.

13       MR. CHAMBERS:  Your Honor, the version that was

14   produced is protected.  We have the redacted version of

15   the names that have been removed and redacted.  That is

16   the extent of the redaction.  So we have a protected

17   version of it, and Mr. Gasca wants an unprotected

18   version.  He wants it himself, not me showing it to him

19   at MDC on the computer.

20       THE COURT:  So why can't you work with

21   Mr. Chambers to look at it?  Why do you need to have it

22   with you at all times?

23       THE DEFENDANT:  There is a lot of information so

24   I would have to take it and physically remember.  That is

25   stuff I am going to use to cross-examine the doctor.

1    THE COURT:  You don't think you can do that with

2  Mr. Chambers looking at it and highlighting the areas,

3  taking notes of the areas you want to cross-examine on?

4    THE DEFENDANT:  I would just like to say that when

5  my last attorney wanted to give me the hard drive, this

6  issue came up, and the government said we have a redacted

7  version you can give him, he can use that.  So there is

8  three pages.  So three pages there is history of her

9  before, the information he got that was her review of

10  before, and then there is information undoubtedly of the

11  tests and everything they did with her.

12         I am not going to attempt to cross-examine an

13  expert in his game, but there are things in there because

14  of most of what his report is what was told to him by the

15  FBI.  So most of his questions to her are told to him by

16  the FBI.  It is -- there is stuff in there the doctor

17  couldn't even know unless the FBI told him so I

18  definitely need that paper.

19    THE COURT:  So is there a redacted version that

20  can be provided to Mr. Gasca?

21    MS. YU:  We think we can make one or there exists

22  one already.

23    THE COURT:  Okay.  So, then, all right.  Just get

24  that to him in the next seven days.

25    MS. YU:  Yes, Your Honor.

1    THE COURT:  And I don't need to see it.  If there

2    is an issue, then I will ask later.  So what I said

3    earlier, disregard.  If there is a redacted version, get

4    it to him, please, in the next seven days.

5    THE COURT:  All right.  What is next, Mr. Gasca.

6    MR. CHAMBERS:  Your Honor, a redacted --

7    THE COURT:  I'm sorry?

8    MR. CHAMBERS:  -- a nonprotected version?

9    THE COURT:  Right.  I assume the redacted one

10   would be nonprotected meaning he could have that and take

11   it with him.

12   MS. YU:  Yes.  That is what we were envisioning, a

13   redacted version.

14   THE COURT:  Okay.  Perfect.

15   THE DEFENDANT:  I need an e-mail correspondence

16   that this woman, Valerie Aquino, had with the FBI agent

17   that I saw the government provided just a time line, but

18   there is an e-mail she has.  She has an extended e-mail

19   conversation with him.  I saw it on the protective order,

20   again, lot of information in there I need.

21   THE COURT:  What is this about?

22   MS. YU:  Your Honor, I think Mr. Chambers actually

23   already gave us a list of all the documents that

24   Mr. Gasca wants unprotected versions of.  We have a copy

25   of that.  We are going through it right now to see what

```
 1    we can give him and in what format, but it is a long list
 2    of documents.
 3          THE COURT:  How long do you think it will take to
 4    get that done?  I am just trying to see if we can get to
 5    a trial date at some point.
 6          MS. YU:  In two weeks.
 7          THE COURT:  In two weeks, you will respond to the
 8    request of Mr. Chambers.
 9          MS. YU:  Yes.
10          THE COURT:  And then you will have to look at that
11    and see if there is still issues?
12          THE DEFENDANT:  It is three pages.
13          THE COURT:  No.  No.  What the government is
14    saying that Mr. Chambers said there is a bunch of stuff
15    that you had asked for, and he is including that.
16          THE DEFENDANT:  Okay.  The next thing I need is my
17    text messages with Valerie Aquino and her husband.
18          THE COURT:  Okay.  What is going on with that?
19          MS. YU:  Your Honor, those were also produced
20    pursuant to the protective order.
21          THE COURT:  So that is protected?
22          MS. YU:  Yes.
23          THE COURT:  Is there a redacted version that can
24    be provided to him or not?
25          MS. YU:  Yes.  I mean, we could redact I guess
```

```
 1    anything identifying as to phone numbers and things of

 2    that nature.  Yeah.

 3         THE COURT:  So let's get a redacted version to

 4    him.  If we could do that in the next two weeks.

 5         THE DEFENDANT:  Just give me a second, Your Honor.

 6    If I could look at this.

 7         THE COURT:  Okay.

 8         (Pause in proceedings.)

 9         MR. CHAMBERS:  Your Honor?

10         THE COURT:  Yes.

11         MR. CHAMBERS:  When last we were here, I informed

12    the Court that the government had provided me or I had

13    provided the government with two drives, one for the

14    phone and one for pictures.  I received one of them back

15    today.  I received both drives.  One of them has pictures

16    on it.  My understanding is that the government has some

17    new information for the Court on the status of the

18    production of Mr. Gasca's phone.

19         THE COURT:  Okay.

20           Ms. Yu?

21         MS. YU:  So the last time we talked, defendant had

22    requested a folder called photo dump.  In copying that

23    one, we found another folder that was similarly named

24    like photos and videos.  So to avoid doing this again, we

25    put that, both of them on the drive.  And that is on the
```

1    two drives that we gave back to Mr. Chambers.  The phone,

2    we are still working on.  We had some technical

3    difficulty, but I am hoping that we can get it to

4    defendant within the next two weeks.

5         THE COURT:  So if we can do that, that would

6    hopefully resolve the vast majority of these discovery

7    issues?

8         MS. YU:  Agreed, Your Honor.

9         THE DEFENDANT:  I just want to clarify something

10   here because there is some confusion about the phone.  I

11   originally asked for an image of the phone which is what

12   the FBI takes when they first get the phone so that I

13   could have an investigator appointed and he would then go

14   through the phone and provide for me the messages I

15   needed and also if any had been erased.

16            You said to me you couldn't provide funds for

17   an investigator until he found out what was going on so

18   to have my investigator and Mr. Chambers going to Ms. Yu.

19   So that was two months ago.  So a month ago they told my

20   attorney that they were ready, they just needed the

21   drives.  So he gave them the drives, but, now, there is

22   some confusion about what it is I am getting.  I am

23   requesting an original image as the FBI scanned it of my

24   phone.

25         THE COURT:  Ms. Yu?

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1      MS. YU:  And I remember Mr. Gasca requested an

2  image, but we discussed that and what the smaller

3  universe that was agreed upon is we would get him photos

4  and videos and we would do chat messages both on iMessage

5  and on Facebook, and that was the universe that this

6  Court ordered the government to provide.  That is the

7  smaller universe we are still working on and hope to have

8  in two weeks.

9      THE COURT:  Is there such a thing that he is

10 describing which is an image of the phone as it was

11 seized on the day of the incident?

12     MS. YU:  I don't know standing here right now, and

13 the problem with producing that whole cell is we still

14 have personal identifying information of victims, the

15 phone numbers and videos and things that we consider to

16 be protected.

17     THE COURT:  Right.  So get everything else in the

18 next two weeks, please.  Do what you can so then I can

19 deal with it.

20     THE DEFENDANT:  Excuse me.  That was not our

21 original hearing.

22     THE COURT:  Listen, I told them what to do.  Look

23 at it first.  I have questions about the basis of your

24 request.  I don't know that it is entirely relevant

25 because you haven't shown me.  You are suggesting what,

1    that they deleted stuff from the phone?

2         THE DEFENDANT:  They are taking one message that

3    they had to run through a number of messages to get one

4    where I am telling my friend if I get her back she might

5    have this money, money that was given to her much later

6    after her kidnapping, that she might have this money on

7    her.  Know what I mean.

8              One, I think they have two messages in that

9    case, but, in that conversation, I remember it very well.

10   I was talking all about her care and I hope she is okay,

11   and that whole intention of coming to get her.  So the

12   government is trying to portray that my intention to come

13   get her was only for money.  I have numerous messages.

14   However far back the phone goes, I have numerous messages

15   in there.

16        THE COURT:  To show that you care for her?

17        THE DEFENDANT:  My concern wasn't coming to get

18   her for money.  And the whole pitch of that idea is that

19   before she had that money in her account, I was looking

20   for her.  So they would have to say -- as you know it is

21   proposed that the relationship was fake and whatever.

22   They have proposed everything I was doing was fake.  She

23   didn't have no money yet.  This lady took her.

24              This lady reported fraud to Chase and Chase

25   returned money to her account, that somehow she got money

1    in the account.  When I was originally coming to get her,

2    she had no money in her account.  But I have plenty of

3    messages that say that.

4          THE COURT:  Okay.  Ms. Yu?

5          MS. YU:  Your Honor, set aside the relevance

6    proffered by defendant, his own statements would be

7    hearsay and inaudible any way.

8          THE COURT:  Well, that is true.  So get what you

9    can over ASAP so we can have a real conversation and not

10   one where we are speculating on what is there and what is

11   not.  So we will go with that for now.

12          Mr. Gasca, what else?

13          THE DEFENDANT:  When I was going to have this

14   trial two months ago, main reason I postponed the trial

15   is because my investigator explained to me rather than

16   just have you believe my story, to show you -- to show

17   you stuff that I had in evidence that could corroborate

18   that.  And that was the only reason I agreed to postpone

19   the trial was to get the phone.  He is the one who told

20   me there is an image of the phone they took.

21          And, now, when they speak with him,

22   Mr. Chambers spoke with them, and they said, well, we can

23   give him a copy of the image.  There would be no reason

24   for this investigator to have to take another image,

25   would that be okay.  I spoke with my investigator.  Same

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    thing.  It is something that then a technical expert can

2    go through and tell if any messages have been deleted.  I

3    don't trust the government.  I want my messages and if

4    anything had --

5          THE COURT:  All right.  You have made your record.

6              So they are going to give you what they have

7    now.  You are going to look at them, and then we will see

8    if we need to have this fight again.

9              So what else, sir?

10         THE DEFENDANT:  That is it, sir.

11         THE COURT:  So, Mr. Gasca, have you thought at all

12   about a date that you want to have a trial?

13         THE DEFENDANT:  As soon as I get my phone and

14   evidence, I need about a week of reviewing, and then I am

15   ready to go.

16         THE COURT:  So then --

17         THE DEFENDANT:  My main thing is my phone.

18         THE COURT:  You think maybe end of March?

19         THE DEFENDANT:  I don't know.

20         THE COURT:  They are saying they can get this

21   stuff to you in two weeks.

22         THE DEFENDANT:  If it is what I need.  I doubt it

23   is going to be, but, assume it is, what I need, then, I

24   am ready to go a week after that.

25         THE COURT:  Let me look and see.  Let me just

1    check something.

2              The government thinks the trial will last how

3    long?

4          MS. YU:  We think three to four days for the case

5    in chief, Your Honor.

6          THE COURT:  I am going to propose March 21 as the

7    trial date.  Just so we have a date so we know what we

8    are doing.

9              Go ahead.

10         MS. YU:  Your Honor, because it is a bench trial,

11   would the Court be amenable to starting on the 20th?  I

12   think that would guarantee that we could finish it that

13   week.

14         THE COURT:  I have my calendar on the Friday, but

15   I will move things around.  We could do it on the 20th.

16   We could start that Monday the 20th.  So we will put that

17   down.  We will put that down to have it, and if we have

18   to do half days or we will do what we can.

19             Do you think that is enough time for you,

20   Mr. Gasca?

21         THE DEFENDANT:  Yeah.  If the government gives

22   what I need.

23             One other thing my attorney said I should

24   bring up is that I need the agent's report, his

25   transcript.

```
 1          THE COURT:  The -- I'm sorry.  The Rule 6(e)
 2    stuff?
 3          THE DEFENDANT:  Yes.
 4          THE COURT:  Go ahead.
 5          MS. YU:  It is not applicable in this case, Your
 6    Honor.
 7          THE COURT:  Why?
 8          MS. YU:  The case agent wasn't our grand jury
 9    witness.
10          THE COURT:  The case agent -- wait.  Is the grand
11    jury witness going to testify in the trial?
12          MS. YU:  No, Your Honor.  So it is also not
13    Jencks, and we have reviewed it and there is nothing that
14    is considered Brady.
15          THE COURT:  So case agent is not testifying?
16          MS. YU:  The case agent is testifying.
17          THE COURT:  But he wasn't the grand jury witness?
18          MS. YU:  Yes, Your Honor.
19          THE COURT:  And the grand jury witness is not
20    testifying at all, and you reviewed it and it contains no
21    exculpatory information?
22          THE DEFENDANT:  All the more reason why I want the
23    transcripts.
24          THE COURT:  Well, go ahead.
25          MS. YU:  It doesn't contain anything exculpatory,
```

1    Your Honor.

2         THE COURT:  Look, under the rules, I don't think

3    you are entitled to it.  They are not calling the

4    witness.  I am going to research it, but I am 99 percent

5    certain they are correct.  If it is not a witness who is

6    testifying and as long as it doesn't contain --

7         THE DEFENDANT:  How could a witness testify in a

8    grand jury to indict me, and I don't get to cross-examine

9    that witness?

10        THE COURT:  It is a secret proceeding.  That is

11   the whole point.

12        THE DEFENDANT:  Ms. Yu is the same one who said

13   that I wouldn't need the last 302 that I asked for

14   because she said it would be so redacted and it is not

15   very useful.  So to me her word is garbage.

16        THE COURT:  I understand.  So let's set the trial

17   date March 20th.  It probably makes sense just to make

18   sure there are no issues to have a status conference.  If

19   you are going to get this stuff done by the 17th,

20   Mr. Gasca needs time to look at it.

21            We could have a status conference on -- maybe

22   March 27th.  It is a Monday.  Go ahead.

23        MS. YU:  You mean February?

24        THE COURT:  I'm sorry.  February 27th.

25            And we can do that in the morning.  We can do

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  it at 10:00 a.m.

2       THE DEFENDANT:  Your Honor, I'm sorry.  You know,

3  but already two months to the issue of the phone has gone

4  by.  I don't want to waste another two weeks to go by on

5  the phone.  I requested something.

6       THE COURT:  You are going to get information in

7  the next two weeks.

8       THE DEFENDANT:  Why am I going to waste two weeks

9  when two months ago, Your Honor said --

10      THE COURT:  I understand your point, and I

11  disagree with you.  They are going to get this

12  information, a bunch of stuff that Mr. Chambers asked to

13  you in the next two weeks.  If it is not sufficient,

14  then, I will have a conversation with you.

15          I am not convinced -- I don't know.  I am not

16  convinced yet because I don't know why you need the

17  entire image of the phone.  What you have told me doesn't

18  satisfy me to say you absolutely need it.  So I am saying

19  get what you -- hold on.  They are going to give you the

20  stuff.  You are going to look at it.

21          We are going to have a status conference on

22  February 27th before the trial so if you have got issues,

23  you can raise them then.  And then we are going to go to

24  trial.  Okay.

25      THE DEFENDANT:  Okay.

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  All right.

 2              Anything further from the government?

 3         MS. YU:  No, Your Honor.  Thank you.

 4         THE COURT:  Anything further, Mr. Gasca?

 5         THE DEFENDANT:  No, Your Honor.  Thank you.

 6         THE COURT:  All right.  We will see you on

 7    February 27th.  We will do it at 10:00 a.m.

 8         THE DEFENDANT:  Thank you, Your Honor.

 9         THE COURT:  All right.  Thank you.

10         (Proceedings concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28,

United States Code, the foregoing is a true and correct

transcript of the stenographically reported proceedings held

in the above-entitled matter and that the transcript page

format is in conformance with the regulations of the

Judicial Conference of the United States.

Date:  March 22, 2024


 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

MR. CHAMBERS: [11]   3/10
15/22 16/23 17/2 29/9 29/12
34/12 36/5 36/7 38/8 38/10
MR. REIDY: [1]   3/8
MS. YU: [54]
THE CLERK: [1]   3/3
THE COURT: [155]
THE DEFENDANT: [96]

**'**

**'s [1]**   6/6

**—**

**-and [1]**   2/5

**/**

**/s [1]**   49/12

**0**

**00351 [1]**   1/8

**1**

**10 [1]**   34/7
**10:00 a.m [2]**   47/1 48/7
**150 [1]**   2/14
**17 [2]**   3/19 13/7
**17th [1]**   46/19
**1st [1]**   1/20

**2**

**2023 [2]**   1/15 3/1
**2024 [1]**   49/10
**20th [4]**   44/11 44/15 44/16
46/17
**21 [1]**   44/6
**21-00351 [1]**   1/8
**22 [1]**   49/10
**27 [1]**   7/2
**27th [4]**   46/22 46/24 47/22
48/7
**28 [1]**   49/4
**2:44 [1]**   3/2

**3**

**302 [4]**   6/21 18/5 20/10
46/13
**302s [1]**   20/14
**312 [1]**   2/6
**350 [1]**   1/20
**351 [1]**   3/6

**4**

**4311 [1]**   1/20

**5**

**500 [1]**   2/14

**7**

**753 [1]**   49/4

**9**

**90012 [2]**   1/21 2/7
**92025 [1]**   2/15
**9858 [2]**   1/19 49/12
**99 percent [1]**   46/4

**A**

**a.m [2]**   47/1 48/7
**AB [1]**   1/8
**able [2]**   26/7 26/9
**about [29]**
**above [1]**   49/7
**above-entitled [1]**   49/7
**absolutely [1]**   47/18
**absolve [1]**   9/18
**abuser [1]**   20/10
**abusing [1]**   8/25

**accept [2]**   9/10 17/6
**access [4]**   25/16 25/18 25/18
25/22
**account [4]**   41/19 41/25 42/1
42/2
**across [1]**   32/19
**actually [4]**   13/6 30/24
34/11 36/22
**additional [1]**   28/9
**admin [1]**   30/13
**advise [1]**   6/24
**advisory [2]**   2/12 3/12
**after [3]**   27/22 41/6 43/24
**afternoon [4]**   3/9 3/11 3/14
3/16
**afterward [1]**   16/8
**again [6]**   14/16 15/9 16/12
36/20 38/24 43/8
**age [1]**   8/18
**agent [16]**   5/1 5/4 13/20
26/16 26/21 28/12 28/18 29/8
30/3 30/15 31/15 36/16 45/8
45/10 45/15 45/16
**agent's [1]**   44/24
**ago [4]**   39/19 39/19 42/14
47/9
**agreed [6]**   11/20 11/23 12/3
39/8 40/3 42/18
**ahead [8]**   10/14 13/23 14/17
14/18 44/9 45/4 45/24 46/22
**all [32]**
**alleged [4]**   4/9 4/16 4/21
5/5
**allegedly [2]**   29/25 30/1
**allow [1]**   21/17
**alone [1]**   14/22
**already [4]**   33/11 35/22
36/23 47/3
**alright [1]**   19/25
**also [13]**   4/14 4/23 6/12
13/21 16/2 16/15 21/18 26/25
31/7 33/20 37/19 39/15 45/12
**am [56]**
**amenable [2]**   17/9 44/11
**America [3]**   1/6 2/3 3/7
**among [1]**   4/8
**and/or [1]**   11/18
**ANDRE [1]**   1/3
**ANGELES [11]**   1/14 1/21 2/7
3/1 10/24 11/15 11/16 19/8
19/9 19/17 19/23
**another [3]**   38/23 42/24 47/4
**answer [1]**   17/19
**any [14]**   8/14 9/11 11/6
12/17 14/25 22/21 23/10
23/13 23/15 23/20 34/9 39/15
42/7 43/2
**anybody's [1]**   17/10
**anyone [2]**   20/24 24/19
**anything [10]**   5/11 9/4 13/19
21/19 22/9 38/1 43/4 45/25
48/2 48/4
**appearances [2]**   2/1 3/8
**appeared [2]**   19/22 19/24
**applicable [1]**   45/5
**application [1]**   3/19
**appointed [1]**   39/13
**appreciated [1]**   18/20
**approach [1]**   24/14
**approached [1]**   24/13
**Aquino [6]**   19/21 20/25 21/15
23/17 36/16 37/17
**Aquino's [2]**   18/25 19/4
**are [75]**
**areas [2]**   35/2 35/3
**argue [1]**   29/24
**argument [2]**   12/6 33/1
**around [1]**   44/15
**arrange [1]**   17/11
**as [24]**   8/19 9/15 11/9 11/10

11/12 11/21 11/23 14/20
14/24 15/11 16/11 20/18 22/6
31/8 32/17 38/1 39/23 40/10
41/20 43/13 43/13 44/6 46/6
46/6
**ASAP [1]**   42/9
**aside [2]**   15/17 42/5
**ask [8]**   14/2 17/24 27/24
28/12 30/17 31/14 32/14 36/2
**asked [20]**   5/13 7/25 8/3 8/3
8/7 8/9 8/16 8/18 11/9 12/3
26/16 27/24 28/18 28/20
28/25 30/4 37/15 39/11 46/13
47/12
**asking [5]**   7/18 13/18 27/4
28/6 29/23
**assume [4]**   6/21 16/10 36/9
43/23
**assuming [1]**   9/14
**attempt [2]**   12/23 35/12
**attempts [1]**   21/7
**attorney [4]**   21/10 35/5
39/20 44/23
**ATTORNEY'S [1]**   2/4
**AUSA [2]**   2/5 2/5
**available [3]**   11/21 11/23
12/4
**avoid [1]**   38/24
**avoiding [1]**   8/25
**aware [1]**   29/3
**away [3]**   14/8 27/12 32/7
**awkward [1]**   15/5

**B**

**back [14]**   8/14 8/16 16/18
20/17 20/19 20/19 20/24 21/3
21/4 21/7 38/14 39/1 41/4
41/14
**bad [1]**   7/17
**bag [1]**   16/18
**ballgame [1]**   17/20
**bank [13]**   9/17 26/12 26/13
26/13 26/25 27/22 29/17
29/19 30/7 30/11 31/4 31/10
32/24
**base [1]**   23/22
**based [2]**   3/23 10/15
**basically [1]**   15/6
**basis [1]**   40/23
**be [31]**
**bears [1]**   22/9
**because [24]**   6/3 7/9 10/8
11/2 13/7 15/6 15/13 16/3
16/8 19/25 20/24 22/13 24/24
27/25 30/12 30/21 30/24
35/13 39/10 40/25 42/15
44/10 46/14 47/16
**been [9]**   6/3 6/4 9/4 9/8
9/14 33/23 34/15 39/15 43/2
**before [16]**   3/13 11/4 12/8
13/5 16/3 16/17 21/23 24/22
29/20 31/13 31/18 31/24 35/9
35/10 41/19 47/22
**behalf [4]**   2/3 2/9 3/10 3/12
**being [5]**   8/24 15/13 22/6
26/1 30/11
**believe [13]**   3/18 3/23 5/23
5/24 5/25 9/1 10/21 13/20
15/6 18/5 22/5 30/2 42/16
**believes [1]**   18/8
**bench [1]**   44/10
**benefit [2]**   7/23 25/14
**benefits [1]**   27/7
**betray [1]**   20/9
**BG [6]**   4/6 4/20 5/4 9/7 11/2
12/11
**BIROTTE [1]**   1/3
**birthday [3]**   16/5 16/6 16/11
**bit [2]**   8/17 19/18

**B**

**Blackwell [5]**   18/24 19/12 19/23 21/3 22/8
**block [2]**   27/11 32/7
**bluntly [1]**   10/6
**borne [1]**   9/4
**both [7]**   3/15 4/1 16/25 17/5 38/15 38/25 40/4
**bottom [1]**   9/3
**Boulevard [1]**   2/14
**Brady [1]**   45/14
**break [1]**   10/10
**bridge [1]**   17/21
**bring [5]**   12/7 13/11 21/2 31/14 44/24
**broken [1]**   27/15
**bunch [2]**   37/14 47/12

**C**

**CA [3]**   1/21 2/7 2/15
**calendar [1]**   44/14
**CALIFORNIA [8]**   1/2 1/14 3/1 8/24 11/4 12/9 14/3 22/13
**call [9]**   8/22 8/22 17/3 17/4 17/5 24/19 26/22 26/23 30/11
**called [9]**   4/25 7/24 8/1 8/12 8/16 8/19 24/7 26/14 38/22
**calling [5]**   3/6 6/11 7/11 8/12 46/3
**calls [2]**   8/13 17/10
**came [8]**   12/8 14/3 15/10 19/18 21/24 23/18 26/19 35/6
**camera [6]**   27/11 27/21 32/6 32/13 32/14 32/15
**cameras [7]**   27/10 31/25 32/2 32/4 32/12 32/16 32/18
**can [41]**
**can't [6]**   8/2 16/7 24/14 29/9 29/24 34/20
**capacity [1]**   11/13
**car [1]**   9/23
**card [2]**   8/4 8/8
**care [4]**   23/18 33/21 41/10 41/16
**Carlotta [2]**   22/14 23/14
**case [21]**   3/6 4/9 4/9 4/16 4/21 5/5 5/11 5/22 9/11 24/20 30/17 30/23 31/2 33/3 41/9 44/4 45/5 45/8 45/10 45/15 45/16
**cases [1]**   30/10
**caught [1]**   21/8
**cell [1]**   40/13
**CENTRAL [1]**   1/2
**certain [3]**   27/21 28/2 46/5
**certainly [1]**   14/5
**CERTIFICATE [1]**   49/1
**certify [1]**   49/4
**CHAMBERS [16]**   2/13 2/13 3/12 15/21 16/23 27/24 28/3 34/21 35/2 36/22 37/8 37/14 39/1 39/18 42/22 47/12
**chance [4]**   4/1 4/19 10/5 10/13
**changes [1]**   34/9
**charge [4]**   22/15 26/24 28/22 29/7
**charged [4]**   10/18 10/19 10/20 10/20
**Chase [7]**   9/17 27/20 27/25 28/4 28/5 28/14 28/17 30/16 41/24 41/24
**Chase's [1]**   28/10
**chat [1]**   40/4
**check [2]**   20/5 44/1
**chief [2]**   30/17 44/5
**chill [2]**   10/6 10/7

**claim [5]**   11/2 12/6 19/5 19/12 12/6 14/7 14/24
**claiming [1]**   14/7 23/5
**clarify [1]**   39/9
**clear [2]**   26/19 29/17
**close [4]**   6/4 6/9 7/16 7/17
**Code [1]**   49/5
**cognitive [1]**   23/1
**come [26]**
**comes [1]**   13/11
**coming [6]**   25/1 30/25 32/17 41/11 41/17 42/1
**common [1]**   30/9
**completely [1]**   15/7
**computer [1]**   34/19
**concern [1]**   41/17
**concerned [1]**   19/25
**concluded [1]**   48/10
**condition [1]**   31/23
**confer [2]**   16/1 25/9
**conference [6]**   3/17 3/24 46/18 46/21 47/21 49/9
**confirm [2]**   13/6 28/15
**confirmed [1]**   13/2
**conformance [1]**   49/8
**confusion [2]**   39/10 39/22
**consider [1]**   40/15
**considered [1]**   45/14
**considers [1]**   6/10
**contact [2]**   7/4 8/14
**contacted [1]**   26/15
**contacts [1]**   30/12
**contain [2]**   45/25 46/6
**contains [1]**   45/20
**contradicted [1]**   28/11
**contrary [4]**   9/20 12/20 26/25 31/6
**control [1]**   28/10
**conversation [7]**   6/11 16/13 22/8 36/19 41/9 42/9 47/14
**convinced [2]**   47/15 47/16
**coordinate [1]**   16/25
**copy [6]**   26/18 26/18 33/9 34/1 36/24 42/23
**copying [1]**   38/22
**corner [1]**   27/11
**correct [3]**   4/12 46/5 49/5
**correctly [1]**   4/6
**correspondence [1]**   36/15
**corroborate [1]**   42/17
**could [17]**   13/15 15/23 18/18 24/5 27/24 31/18 36/10 37/25 38/4 38/6 39/13 42/17 44/12 44/15 44/16 46/7 46/21
**couldn't [4]**   20/24 21/2 35/17 39/16
**counsel [6]**   2/1 2/12 3/8 3/12 16/1 25/9
**count [1]**   10/22
**counts [1]**   10/21
**County [1]**   9/17
**couple [1]**   20/21
**course [2]**   8/25 17/16
**court [15]**   1/1 1/19 3/13 7/19 7/10 18/19 27/4 27/13 27/16 32/21 34/4 38/12 38/17 40/6 44/11
**CR [1]**   1/8
**crime [1]**   29/25
**criminal [2]**   3/6 5/15
**cross [13]**   17/21 21/2 21/16 28/12 30/15 32/11 33/1 33/4 33/17 34/25 35/3 35/12 46/8
**cross-examination [4]**   21/2 21/16 33/1 33/17
**cross-examine [6]**   32/11 33/4 34/25 35/3 35/12 46/8
**CRR [1]**   49/12
**CSR [2]**   1/19 49/12

**custody [2]**   3/13 28/10

**D**

**Daniel [3]**   29/10 29/13 29/15
**Darrel [1]**   21/2
**Darrell [3]**   18/24 19/12 19/23
**date [6]**   37/5 43/12 44/7 44/7 46/17 49/10
**daughter [13]**   5/14 6/6 7/1 7/3 7/4 7/5 7/11 8/20 8/20 8/21 8/23 8/23 9/1
**daughter-in-law [1]**   7/5
**daughter-in-law's [1]**   5/14
**day [2]**   14/7 40/11
**days [9]**   19/22 19/22 28/3 34/3 34/7 35/24 36/4 44/4 44/18
**deal [3]**   14/11 25/16 40/19
**dealing [1]**   14/21
**decide [1]**   31/13
**defendant [18]**   1/9 2/9 2/12 9/4 10/16 10/18 12/3 13/8 16/1 25/9 27/20 28/11 30/18 30/19 34/2 38/21 39/4 42/6
**defendant's [5]**   9/9 9/12 9/13 9/16 12/6
**defense [3]**   12/23 12/25 33/10
**definitely [1]**   35/18
**deleted [2]**   41/1 43/2
**dementia [1]**   11/4
**DEPARTMENT [1]**   2/4
**describing [1]**   40/10
**diagnosis [1]**   23/1
**did [15]**   7/23 13/10 13/20 16/9 19/12 20/9 20/9 21/15 23/20 26/21 29/1 29/8 29/25 31/14 35/11
**didn't [15]**   4/23 5/10 8/18 9/22 14/5 14/23 15/3 16/19 20/2 20/3 26/19 29/16 29/21 31/14 41/23
**died [1]**   16/16
**different [6]**   8/20 14/10 15/8 17/15 17/20 18/6
**difficulty [1]**   39/3
**digitally [1]**   27/2
**disagree [1]**   47/11
**discovery [2]**   13/7 39/6
**discussed [1]**   40/2
**disprove [1]**   21/1
**dispute [1]**   9/11
**disregard [1]**   36/3
**distant [1]**   6/17
**district [4]**   1/1 1/2 1/4 3/20
**DIVISION [1]**   1/2
**do [40]**
**doctor [16]**   11/18 13/24 14/2 14/13 22/17 22/19 23/7 23/19 24/3 24/4 24/6 24/8 26/7 33/8 34/25 35/16
**doctor's [3]**   22/25 25/19 31/23
**doctors [1]**   25/22
**document [2]**   3/19 6/20
**documents [3]**   4/1 36/23 37/2
**does [6]**   10/4 19/6 25/25 34/10
**doesn't [10]**   7/10 9/5 9/16 9/18 18/13 26/20 32/16 45/25 46/6 47/17
**doing [4]**   23/4 38/24 41/22 44/8
**don't [53]**
**done [4]**   18/2 18/17 37/4 46/19
**doorknock [1]**   18/1

**D**

doubt [1]   43/22
down [4]   5/25 6/5 44/17 44/17
drive [2]   35/5 38/25
driven [1]   30/11
drives [5]   38/13 38/15 39/1 39/21 39/21
dump [1]   38/22
during [2]   16/13 21/11

**E**

e-mail [4]   23/17 36/15 36/18 36/18
earlier [1]   36/3
easier [1]   18/2
EC [3]   11/23 15/12 15/13
either [3]   11/18 20/17 25/25
else [10]   4/15 5/16 9/9 9/19 18/23 21/3 25/3 40/17 42/12 43/9
end [1]   43/18
enemy [1]   15/11
enforcement [1]   30/12
enough [1]   44/19
entire [1]   47/17
entirely [1]   40/24
entitled [2]   46/3 49/7
entrance [1]   32/8
envisioning [1]   36/12
erase [1]   27/2
erased [2]   29/23 39/15
Escondido [1]   2/15
estranged [3]   6/18 6/19 7/4
Estrellita [22]   6/5 6/6 6/9 6/10 6/13 7/4 7/21 8/10 8/13 16/3 16/6 16/7 16/9 16/15 16/17 16/17 19/13 19/19 19/19 21/9 21/9 22/15
Estrellita's [4]   6/6 8/6 16/4 31/21
evaluate [1]   23/20
evaluation [2]   23/7 31/21
even [7]   5/23 7/8 9/10 9/14 15/11 25/5 35/17
events [1]   9/20
ever [3]   29/19 30/4 30/4
everything [1]   9/19 12/19 18/18 19/25 27/7 35/11 40/17 41/22
evidence [8]   11/6 12/17 14/13 14/25 23/10 29/22 42/17 43/14
ex [2]   3/19 8/7
ex-husband [1]   8/7
exactly [2]   13/4 22/23
examination [5]   11/11 21/2 21/16 33/1 33/17
examine [6]   32/11 33/4 34/25 35/3 35/12 46/8
example [2]   9/21 24/3
except [1]   5/13
exchanges [1]   21/25
exculpatory [2]   45/21 45/25
Excuse [1]   40/20
exhaust [1]   18/18
exhibited [1]   12/9
existing [1]   32/13
exists [1]   35/21
expect [2]   5/16 5/17
expecting [1]   25/15
expert [3]   25/1 35/13 43/1
explain [1]   18/12
explained [1]   42/15
extended [1]   36/18
extent [6]   12/15 18/11 28/11 33/23 34/8 34/16
extortion [2]   9/18 10/20

**F**

Facebook [2]   16/11 40/5
facility [5]   22/22 24/2 25/24 25/25 26/4
fact [3]   14/22 15/17 30/25
facts [4]   9/3 9/6 9/11 10/15
factual [1]   12/10
fairness [2]   12/21 13/10
fake [2]   41/21 41/22
false [4]   4/22 5/24 7/7 7/9
family [3]   9/15 11/11 23/17
far [2]   14/20 41/14
farthest [1]   27/11
faster [1]   30/13
father [1]   6/7
father's [2]   8/3 8/7
favor [6]   8/13 26/17 26/17 28/19 29/1 29/8
FBI [12]   14/23 15/8 26/16 26/21 28/18 31/15 35/15 35/16 35/17 36/16 39/12 39/23
fear [1]   31/3
FEBRUARY [6]   1/15 3/1 46/23 46/24 47/22 48/7
February 27th [3]   46/24 47/22 48/7
feel [2]   32/20 32/20
felt [2]   30/3 30/4
fight [1]   43/8
figure [2]   13/14 26/9
filed [2]   3/18 3/23
filing [1]   3/22
film [1]   19/19
find [6]   13/16 17/19 18/1 18/11 25/7 26/7
fine [4]   4/10 11/3 25/10 25/16
finish [1]   44/12
fired [1]   29/20
first [6]   15/10 20/5 20/10 27/19 39/12 40/23
fishy [1]   29/4
five [1]   34/3
flag [2]   16/15 16/16
flesh [1]   17/2
Floor [1]   2/6
fly [1]   17/18
folder [2]   38/22 38/23
folks [2]   24/12 27/25
fool [1]   7/23
foolish [1]   13/13
footage [1]   32/24
forced [2]   30/1 31/3
foregoing [1]   49/5
formal [1]   30/14
format [2]   37/1 49/8
forward [1]   31/24
found [2]   38/23 39/17
four [1]   44/4
frame [1]   22/3
fraud [1]   41/24
FRIDAY [3]   1/15 3/1 44/14
friend [5]   9/15 11/11 11/18 23/17 41/4
front [2]   10/9 18/16
fruitful [1]   17/10
full [1]   20/3
fully [1]   5/17
funds [1]   39/16
further [3]   34/1 48/2 48/4

**G**

game [1]   35/13
garbage [1]   46/15
Gasca [25]
Gasca's [1]   38/18
gave [7]   4/24 10/3 26/18

29/1 36/23 39/1 39/21
Gaselman [1] (?)
germane [1]   30/23
get [41]
getting [3]   30/13 32/5 39/22
girl [1]   10/1
give [14]   10/13 24/4 26/17 30/12 31/18 34/1 34/5 35/5 35/7 37/1 38/5 42/23 43/6 47/19
given [2]   22/24 41/5
gives [1]   44/21
go [24]   6/14 9/11 10/14 13/23 14/17 14/17 16/8 16/14 18/7 24/11 25/6 25/14 28/19 39/13 42/11 43/2 43/15 43/24 44/9 45/4 45/24 46/22 47/4 47/23
goes [1]   41/14
going [79]
gone [2]   15/1 47/3
Good [4]   3/9 3/11 3/14 3/16
got [14]   5/20 10/6 10/7 10/9 16/8 17/2 20/4 20/17 21/10 22/4 28/5 35/9 41/25 47/22
government [29]
government's [10]   4/11 6/17 9/2 9/6 12/22 13/24 17/7 25/1 31/2 33/7
grand [7]   16/4 30/13 45/8 45/10 45/17 45/19 46/8
grandmother [1]   6/12
grandson [1]   6/11
grandson's [1]   16/11
grant [1]   18/13
guarantee [1]   44/12
guess [5]   4/2 4/14 12/12 17/24 37/25
guy [2]   26/22 27/10

**H**

had [36]
hadn't [1]   10/16
half [1]   44/18
handled [1]   30/18
hang [2]   17/4 17/4
happened [3]   22/22 25/8 29/18
happening [2]   10/9 30/10
happy [2]   17/11 33/25
hard [1]   35/5
has [23]   3/18 4/11 4/19 5/21 6/10 6/21 6/24 6/25 7/3 12/3 15/1 20/17 22/4 23/2 23/3 26/25 27/10 33/23 36/18 36/18 38/16 39/16 47/3
hasn't [5]   4/20 9/8 12/10 14/15 17/9
haul [1]   28/14
hauled [1]   7/19
have [116]
haven't [9]   9/4 13/2 13/12 18/15 21/19 24/10 25/5 33/13 40/25
having [3]   17/13 30/16 32/11
he [91]
head [3]   22/14 22/18 24/2
health [2]   11/7 12/16
hear [4]   8/18 8/22 9/2 11/6
heard [2]   7/14 21/19
hearing [1]   40/21
hearsay [2]   21/18 42/7
held [1]   49/6
help [1]   18/19
her [168]
herd [1]   29/19
here [21]   4/4 10/4 10/8 10/23 11/15 11/16 13/11 13/11 14/5 17/18 18/14 19/16

**H**

here... **[9]**   19/19 20/24
24/20 24/25 31/8 32/17 38/11
39/10 40/12
**hereby [1]**   49/4
**hey [2]**   13/1 17/20
**highlighting [1]**   35/2
**him [42]**
**himself [1]**   34/18
**his [19]**   9/5 9/5 9/17 9/25
11/2 11/11 20/7 22/17 23/22
23/24 24/5 25/21 32/3 33/21
35/13 35/14 35/15 42/6 44/24
**history [1]**   35/8
**hold [10]**   10/13 16/17 16/18
20/21 24/15 25/4 30/20 30/23
31/12 47/19
**home [1]**   20/4
**Honor [42]**
**HONORABLE [1]**   1/3
**hope [2]**   40/7 41/10
**hopefully [1]**   39/6
**hoping [1]**   39/3
**hospital [7]**   14/4 14/6 14/9
23/6 23/11 24/8 24/9
**hotel [2]**   19/22 21/25
**how [16]**   7/22 10/4 15/18
16/20 17/10 19/11 21/4 22/9
23/18 28/12 33/3 34/5 34/6
37/3 44/2 46/7
**However [1]**   41/14
**hugging [2]**   31/5 31/11
**huh [1]**   22/11
**hung [1]**   8/9
**husband [11]**   8/6 8/7 16/15
18/25 19/2 19/3 19/4 20/10
21/8 21/17 37/17

**I**

**I'm [5]**   11/22 36/7 45/1
46/24 47/2
**idea [1]**   41/18
**ideally [1]**   13/14
**identifying [2]**   38/1 40/14
**illness [1]**   14/11
**image [8]**   39/11 39/23 40/2
40/10 42/20 42/23 42/24
47/17
**iMessage [1]**   40/4
**impossible [1]**   6/16
**impression [2]**   5/12 5/14
**inaudible [1]**   42/7
**incident [2]**   4/10 40/11
**inclined [1]**   17/17
**including [1]**   37/15
**inconsistent [1]**   21/20
**inconvenience [1]**   15/12
**incorrect [1]**   5/7
**indicated [2]**   4/19 15/15
**indict [1]**   46/8
**individual [1]**   4/3
**induced [1]**   31/3
**information [11]**   5/2 26/25
34/23 35/9 35/10 36/20 38/17
40/14 45/21 47/6 47/12
**informed [1]**   38/11
**initials [1]**   4/5
**intent [1]**   9/12
**intention [2]**   41/11 41/12
**interview [11]**   4/24 11/25
12/22 12/23 13/25 13/25
14/14 16/25 17/1 17/6 24/11
**interviewed [8]**   4/20 5/1 6/1
9/7 14/2 15/2 15/13 25/5
**investigator [23]**   4/24 5/9
5/20 9/5 9/7 13/1 13/6 13/16
15/1 18/9 24/11 25/6 25/6
26/6 26/8 26/15 28/17 39/13

39/17 39/18 42/15 42/24
**investigation [1]**   12/23
**investigators [1]**   17/1
**invited [1]**   16/6
**involved [1]**   17/6
**is [284]**
**issue [17]**   9/12 9/13 14/11
14/21 14/23 17/2 18/18 18/23
21/24 22/7 22/7 26/7 27/20
30/22 35/6 36/2 47/3
**issues [11]**   3/25 4/12 4/13
9/11 11/3 11/3 12/7 37/11
39/7 46/18 47/22
**issuing [1]**   13/5
**it [134]**
**its [2]**   10/5 33/3

**J**

**Jencks [1]**   45/13
**job [1]**   29/21
**jobs [1]**   15/13
**Johnny [1]**   1/9
**joint [3]**   16/25 17/1 17/5
**JR [1]**   1/3
**JUDGE [1]**   1/4
**Judicial [1]**   49/9
**jump [1]**   31/24
**jury [9]**   10/9 18/16 27/5
30/13 45/8 45/11 45/17 45/19
46/8
**just [30]**
**justice [2]**   2/4 10/21

**K**

**KATHY [2]**   2/5 3/10
**KATIE [2]**   1/19 49/12
**keeping [1]**   32/7
**kept [3]**   27/1 27/2 27/3
**KEVIN [2]**   2/5 3/9
**kidnapped [4]**   4/15 8/24 9/15
22/7
**kidnapping [8]**   9/13 9/16
9/19 10/19 10/23 11/10 24/7
41/6
**kind [1]**   13/13
**kissing [2]**   31/5 31/11
**know [54]**
**knowledge [1]**   24/7

**L**

**L.A [1]**   10/25
**La [1]**   2/14
**lady [16]**   6/6 6/10 7/15 8/1
8/1 8/11 14/3 14/20 14/20
15/10 15/17 15/18 19/5 30/1
41/23 41/24
**lady's [1]**   16/4
**LAPD [1]**   20/11
**last [9]**   3/24 6/25 27/20
29/13 35/5 38/11 38/21 44/2
46/13
**later [9]**   8/16 14/1 19/22
19/22 22/18 24/5 29/24 36/2
41/5
**law [5]**   2/13 7/5 10/15 16/19
30/12
**law's [1]**   5/14
**lawyers [1]**   29/20
**lay [1]**   11/12
**leading [1]**   4/10
**learn [1]**   13/9
**least [2]**   5/8 7/15
**leave [1]**   21/23
**left [3]**   14/8 16/3 19/20
**let [11]**   6/5 8/14 9/2 15/20
15/20 23/9 24/10 26/8 31/12
43/25 43/25

**let's [3]**   27/19 38/3 46/16
**letter [6]**
**lie [2]**   9/24 24/25
**lied [1]**   21/12
**lies [2]**   9/25 20/20
**life [2]**   15/14 31/4
**like [13]**   6/6 6/7 6/10 7/23
13/15 17/21 18/25 27/11
27/12 32/3 33/1 35/4 38/24
**likely [1]**   7/9
**line [2]**   31/11 36/17
**list [2]**   36/23 37/1
**listen [4]**   7/25 10/3 21/14
40/22
**little [4]**   8/17 10/1 19/18
34/6
**live [1]**   19/6
**lived [1]**   21/9
**lives [1]**   19/7
**long [4]**   37/1 37/3 44/3 46/6
**look [19]**   7/17 7/23 13/11
13/13 15/9 17/14 18/12 25/2
32/9 33/25 34/21 37/10 38/6
40/22 43/7 43/25 46/2 46/20
47/20
**looking [3]**   6/20 35/2 41/19
**LOS [11]**   1/14 1/21 2/7 3/1
10/24 11/15 11/16 19/8 19/9
19/17 19/23
**lot [4]**   32/3 33/16 34/23
36/20
**lying [6]**   10/2 16/6 20/15
20/16 21/15 32/21

**M**

**made [6]**   10/16 12/12 16/14
17/5 21/11 43/5
**mail [4]**   23/17 36/15 36/18
36/18
**main [4]**   27/10 32/8 42/14
43/17
**maintain [1]**   28/2
**majority [1]**   39/6
**make [19]**   4/4 7/17 9/16
10/17 11/1 11/20 11/23 12/4
12/14 13/13 18/17 19/24
24/20 29/16 34/1 34/9 34/10
35/21 46/17
**makes [4]**   6/2 17/20 32/8
46/17
**making [1]**   18/8
**manager [1]**   30/16
**March [5]**   43/18 44/6 46/17
46/22 49/10
**March 20th [1]**   46/17
**March 21 [1]**   44/6
**March 27th [1]**   46/22
**MARK [3]**   2/13 2/13 3/11
**married [1]**   6/7
**matter [1]**   49/7
**may [10]**   4/15 13/9 13/22
18/12 18/13 25/3 31/9 31/10
32/15 32/15
**maybe [5]**   4/15 16/19 25/12
43/18 46/21
**MDC [1]**   34/19
**me [61]**
**mean [8]**   5/17 6/8 18/12 29/2
33/2 37/25 41/7 46/23
**meaning [1]**   36/10
**meant [1]**   13/7
**mechanism [1]**   13/8
**medical [7]**   23/25 31/17
31/20 33/5 33/6 33/19 33/20
**medication [1]**   22/24
**meet [1]**   6/15
**memorandum [1]**   3/20
**mental [16]**   4/9 4/12 11/3
11/7 11/19 12/7 12/16 14/4

**M**

mental... **[8]**  14/6 14/9
14/11 14/21 14/23 15/12
15/16 31/23
message **[1]**  41/2
messages **[10]**  37/17 39/14
40/4 41/3 41/8 41/13 41/14
42/3 43/2 43/3
might **[2]**  41/4 41/6
mild **[1]**  23/1
mind **[1]**  22/3
minutes **[1]**  31/11
misunderstanding **[1]**  25/12
mom **[4]**  5/15 8/1 8/24 14/23
mom's **[1]**  5/15
moment **[1]**  15/24
Monday **[1]**  44/16 46/22
money **[16]**  5/16 9/18 26/14
29/18 30/1 31/4 41/5 41/5
41/6 41/13 41/18 41/19 41/23
41/25 41/25 42/2
month **[1]**  39/19
months **[11]**  14/1 14/6 22/15
22/17 22/20 23/8 24/5 39/19
42/14 47/3 47/9
more **[6]**  8/17 8/18 20/20
27/25 34/6 45/22
moreover **[1]**  30/15
morning **[1]**  46/25
most **[4]**  7/9 14/20 35/14
35/15
mother **[4]**  6/7 7/10 7/25 8/8
motion **[1]**  18/14
move **[1]**  44/15
moved **[1]**  16/17
Mr. **[39]**
Mr. Blackwell **[1]**  22/8
Mr. Chambers **[13]**  15/21
16/23 27/24 28/3 34/21 35/2
36/22 37/8 37/14 39/1 39/18
42/22 47/12
Mr. Gasca **[23]**  3/12 3/18
3/25 4/2 4/7 13/10 13/13
13/23 17/12 24/1 28/16 33/14
34/8 34/17 35/20 36/5 36/24
40/1 42/12 43/11 44/20 46/20
48/4
Mr. Gasca's **[1]**  38/18
Mr. Plaza **[1]**  30/20
Ms **[1]**  10/14
Ms. **[9]**  23/9 23/17 23/25
30/8 38/20 39/18 39/25 42/4
46/12
Ms. Aquino **[1]**  23/17
Ms. Terry **[1]**  23/25
Ms. Wu **[1]**  23/9
Ms. Yu **[6]**  30/8 38/20 39/18
39/25 42/4 46/12
much **[2]**  18/19 41/5
my **[34]**

**N**

name **[14]**  7/12 7/12 20/3
22/14 23/18 25/19 25/21
25/24 25/25 26/3 28/24 29/9
29/10 29/13
named **[1]**  38/23
names **[3]**  4/4 25/22 34/15
nature **[1]**  38/2
nearly **[1]**  29/23
necessary **[1]**  30/21
necessity **[1]**  10/16
need **[21]**  13/4 22/23 24/24
28/14 31/13 31/17 34/21
35/18 36/1 36/15 36/20 37/16
43/8 43/14 43/22 43/23 44/22
44/24 46/13 47/16 47/18
needed **[4]**  30/3 30/4 39/15

39/20
nephew **[1]**  46/7
neither **[1]**  7/3
neuropsychologist **[1]**  11/9
never **[3]**  5/12 7/22 30/3
new **[5]**  6/13 7/19 19/8 19/15
38/17
next **[18]**  21/22 22/10 25/18
26/11 26/12 31/16 33/5 34/3
34/6 35/24 36/4 36/5 37/16
38/4 39/4 40/18 47/7 47/13
nine **[3]**  14/1 22/17 24/5
no **[32]**
No. **[1]**  3/6
No. 21-351 **[1]**  3/6
none **[1]**  20/3
nonprotected **[2]**  36/8 36/10
nonresponsive **[1]**  13/21
nonsense **[1]**  10/9
normal **[1]**  28/19
North **[1]**  2/6
not **[68]**
note **[1]**  30/24
notes **[1]**  35/3
nothing **[6]**  5/16 5/17 9/9
15/15 30/14 45/13
notion **[1]**  4/11
now **[19]**  4/18 5/9 8/2 14/24
16/8 20/16 23/2 26/20 27/2
27/3 29/23 30/5 30/23 36/25
39/21 40/12 42/11 42/21 43/7
number **[4]**  8/9 8/12 28/2
41/3
numbers **[2]**  38/1 40/15
numerous **[2]**  41/13 41/14
nurse **[5]**  22/14 22/18 23/14
24/2 33/21

**O**

objecting **[1]**  14/14
observed **[2]**  11/12 11/14
obstruction **[1]**  10/21
obtained **[1]**  28/13
occurred **[3]**  3/24 10/23
10/25
off **[3]**  30/20 30/24 31/12
offer **[1]**  4/7
offering **[1]**  22/17
offers **[1]**  9/4
office **[2]**  1/4 27/23
officer **[1]**  19/23
Official **[1]**  1/19
Oh **[1]**  24/13
okay **[34]**
once **[1]**  26/19
one **[26]**
ones **[2]**  23/25 29/20
only **[7]**  6/8 15/12 18/7 21/7
28/2 41/13 42/18
opinion **[2]**  23/22 24/5
opposition **[2]**  3/23 6/18
Orange **[1]**  9/17
order **[3]**  33/12 36/19 37/20
ordered **[1]**  40/6
original **[2]**  39/23 40/21
originally **[3]**  19/14 39/11
42/1
other **[13]**  4/8 7/7 7/8 14/1
14/25 17/4 23/24 28/1 28/7
32/12 32/16 32/18 44/23
Otherwise **[1]**  10/7
our **[8]**  3/24 13/20 28/9
30/12 30/17 31/9 40/20 45/8
out **[32]**
out-of-district **[1]**  3/20
out-of-state **[1]**  22/12
over **[2]**  28/6 42/9
overheard **[1]**  6/11
own **[6]**  7/10 9/5 11/11 17/15

23/24 42/6

**P**

P-L-A-Z-A **[1]**  29/14
P.M **[1]**  3/2
page **[1]**  49/7
pages **[3]**  35/8 35/8 37/12
paid **[1]**  25/1
paper **[1]**  35/18
parking **[1]**  32/2
part **[3]**  7/6 7/7 7/9
parte **[1]**  3/19
parties **[1]**  17/5
Pause **[1]**  38/8
people **[4]**  6/4 14/4 25/12
32/21
percent **[1]**  46/4
Perfect **[1]**  36/14
peril **[1]**  17/15
person **[18]**  7/19 11/8 13/6
13/9 13/21 13/21 15/3 21/22
26/16 26/24 28/21 28/22 29/7
30/17 30/18 30/19 31/14
32/12
person's **[1]**  11/12
personal **[2]**  20/3 40/14
personally **[1]**  7/14
phone **[25]**
photo **[1]**  38/22
photos **[2]**  38/24 40/3
physically **[1]**  34/24
picked **[3]**  17/10 19/13 19/20
pictures **[2]**  38/14 38/15
piece **[1]**  10/5
pitch **[1]**  41/18
place **[2]**  13/25 22/16
placed **[1]**  23/6
plainclothes **[1]**  19/24
PLAINTIFF **[2]**  1/7 2/3
planning **[2]**  32/5 32/7
plans **[3]**  6/13 15/17 16/14
plastic **[1]**  16/18
play **[1]**  11/4
Plaza **[3]**  29/10 29/15 30/20
please **[6]**  3/8 10/13 15/25
29/12 36/4 40/18
plenty **[2]**  10/3 42/2
point **[5]**  14/12 32/19 37/5
46/11 47/10
police **[4]**  19/23 21/11 21/12
21/13
policy **[1]**  28/13
portray **[1]**  41/12
position **[4]**  15/5 17/7 18/13
33/7
possession **[3]**  23/13 28/10
28/10
possible **[2]**  24/23 34/4
possibly **[1]**  27/25
postpone **[1]**  42/18
postponed **[1]**  42/14
power **[1]**  21/10
practitioner **[1]**  23/14
present **[1]**  3/13
PRESIDING **[1]**  1/4
presumably **[1]**  11/17
previous **[2]**  22/25 33/21
prior **[2]**  3/22 4/22
pro **[2]**  2/10 18/6
probably **[1]**  46/17
problem **[5]**  5/19 14/24 15/16
17/13 40/13
problems **[3]**  15/13 20/22
23/2
procedure **[1]**  28/14
proceeding **[1]**  46/10
proceedings **[4]**  1/13 38/8
48/10 49/6
process **[2]**  24/16 30/14

**P**

**produced [4]** 33/11 34/12 34/14 37/19
**producing [1]** 40/13
**production [1]** 38/18
**proffer [1]** 9/10
**proffered [1]** 42/6
**property [1]** 10/25
**propose [1]** 44/6
**proposed [2]** 41/21 41/22
**protected [5]** 33/15 34/14 34/16 37/21 40/16
**protective [3]** 33/12 36/19 37/20
**prove [5]** 20/16 21/1 21/15 21/16 33/2
**proves [1]** 21/7
**provide [3]** 39/14 39/16 40/6
**provided [6]** 33/10 35/20 36/17 37/24 38/12 38/13
**psychiatric [2]** 23/6 23/14
**purpose [1]** 32/25
**pursuant [2]** 37/20 49/4
**put [8]** 8/8 14/4 15/11 18/12 22/16 38/25 44/16 44/17
**puts [1]** 15/5
**putting [1]** 30/24

**Q**

**question [3]** 4/2 4/11 12/16
**questions [3]** 7/25 35/15 40/23
**quickly [1]** 30/10

**R**

**raise [1]** 47/23
**raised [2]** 3/25 27/20
**rather [2]** 17/3 42/15
**Ray [1]** 1/9
**reach [1]** 13/20
**read [2]** 5/24 20/15
**ready [3]** 39/20 43/15 43/24
**real [1]** 42/9
**really [2]** 15/9 26/19
**reason [6]** 16/12 27/1 42/14 42/18 42/23 45/22
**rebut [1]** 4/11
**received [3]** 33/13 38/14 38/15
**recently [1]** 29/3
**record [6]** 9/5 9/19 12/18 12/19 12/22 43/5
**records [7]** 22/21 23/10 23/13 23/15 23/16 23/20 23/25
**redact [1]** 37/25
**redacted [17]** 31/18 31/19 33/10 33/23 34/7 34/12 34/14 34/15 35/6 35/19 36/3 36/6 36/9 36/13 37/23 38/3 46/14
**redaction [1]** 34/16
**redactions [1]** 34/1
**reentered [1]** 27/22
**referred [1]** 4/5
**referring [1]** 9/15
**Refresh [1]** 19/18
**regard [2]** 13/19 18/19
**regarding [1]** 23/17
**regularly [1]** 12/13
**regulations [1]** 49/8
**REIDY [2]** 2/5 3/10
**related [1]** 11/7
**relates [1]** 17/8
**relating [1]** 23/13
**relationship [3]** 7/10 7/13 41/21
**relative [1]** 32/16
**relayed [1]** 28/3

**relevance [1]** 42/5
**relevant [1]** [unclear]/1 [unclear]
**relief [1]** [unclear]
**remember [4]** 27/5 34/24 40/1 41/9
**Remind [1]** 27/17
**removed [1]** 34/15
**rendition [1]** 9/6
**report [15]** 4/24 4/25 5/24 8/19 22/25 31/17 31/20 31/23 33/5 33/6 33/8 33/20 33/22 35/14 44/24
**reported [3]** 15/2 41/24 49/6
**Reporter [1]** 1/19
**REPORTER'S [1]** 1/13
**reports [3]** 21/12 21/12 21/13
**request [2]** 37/8 40/24
**requested [3]** 38/22 40/1 47/5
**requesting [1]** 39/23
**require [1]** 30/2
**research [1]** 46/4
**resolve [1]** 39/6
**resources [1]** 17/25
**respect [2]** 18/23 28/4
**respond [2]** 10/5 37/7
**response [2]** 9/2 12/5
**responsive [1]** 28/1
**return [1]** 6/13
**returned [2]** 19/21 41/25
**review [6]** 4/1 4/19 14/14 22/17 23/7 35/9
**reviewed [8]** 14/19 22/18 22/19 33/19 33/20 33/21 45/13 45/20
**reviewing [2]** 24/6 43/14
**rid [1]** 32/6
**right [28]**
**roof [1]** 32/6
**route [1]** 28/19
**Roxanne [2]** 7/11 7/12
**RPR [1]** 49/12
**Rule [3]** 3/19 13/7 45/1
**ruled [1]** 14/15
**rules [1]** 46/2
**run [1]** 41/3

**S**

**said [37]**
**salon [2]** 19/14 19/20
**same [3]** 32/19 42/25 46/12
**satisfied [1]** 32/22
**satisfy [1]** 47/18
**saw [5]** 11/10 30/19 31/8 36/17 36/19
**say [47]**
**saying [24]** 5/4 7/13 7/21 12/11 12/12 13/1 15/1 15/6 17/14 18/4 18/6 21/4 21/6 24/1 24/18 25/21 28/16 32/4 32/23 33/13 33/20 37/14 43/20 47/18
**says [10]** 4/20 5/20 6/21 8/19 13/12 18/15 20/25 21/1 21/1 22/24
**scanned [1]** 39/23
**scenario [1]** 13/15
**se [2]** 2/10 18/6
**second [3]** 29/3 29/17 38/5
**Secondly [1]** 21/3
**secret [1]** 46/10
**Section [1]** 49/4
**Security [3]** 8/4 8/7 27/23
**see [17]** 7/22 16/20 17/25 21/18 22/6 22/9 24/16 31/12 34/1 34/5 36/1 36/25 37/4 37/11 43/7 43/25 48/6
**seeing [1]** 30/24

**seemed [1]** 4/10
**seized [1]** 40/11
**sense [3]** 32/8 34/10 46/17
**sentence [1]** 7/7
**sequestered [1]** 14/4
**set [3]** 27/19 42/5 46/16
**seven [2]** 35/24 36/4
**severe [1]** 23/3
**shady [1]** 26/21
**share [1]** 33/24
**she [129]**
**short [1]** 4/25
**should [5]** 25/6 26/9 32/21 33/3 44/23
**show [3]** 41/16 42/16 42/16
**showing [3]** 10/16 12/10 34/18
**shown [1]** 40/25
**shows [1]** 32/7
**shred [1]** 12/17
**sick [1]** 8/1
**side [3]** 17/3 17/4 25/25
**sides' [1]** 17/1
**significance [2]** 20/6 20/13
**similar [1]** 3/25
**similarly [1]** 38/23
**Since [1]** 3/18
**sir [3]** 26/4 43/9 43/10
**sister [1]** 16/19
**sister-in-law [1]** 16/19
**situation [1]** 5/18
**slap [1]** 17/17
**slightly [1]** 22/12
**slow [1]** 6/5
**smaller [2]** 40/2 40/7
**so [93]**
**so-called [1]** 26/14
**Social [3]** 8/3 8/7 27/22
**solid [1]** 31/15
**some [15]** 3/25 4/12 5/1 5/2 5/15 7/18 14/14 14/23 17/25 30/13 37/5 38/16 39/2 39/10 39/22
**somebody [3]** 8/25 30/11 31/8
**somehow [1]** 41/25
**someone [5]** 4/15 17/18 18/1 28/14 28/17
**something [13]** 15/7 15/22 17/14 18/6 21/3 21/20 23/2 25/3 26/21 39/9 43/1 44/1 47/5
**Sometime [1]** 8/16
**somewhere [1]** 16/8
**son [3]** 6/10 16/4 16/4
**soon [1]** 43/13
**sorry [6]** 11/22 32/1 36/7 45/1 46/24 47/2
**sort [1]** 30/14
**Southern [1]** 22/13
**speak [8]** 5/10 7/15 8/2 10/4 10/6 10/12 13/22 42/21
**speaking [1]** 16/3
**special [1]** 29/8
**specific [1]** 18/8
**specifically [1]** 28/20
**speculating [1]** 42/10
**spell [1]** 29/12
**spend [1]** 6/13
**spoke [13]** 5/4 5/7 5/21 6/8 6/12 12/8 12/12 12/12 13/1 13/12 25/10 42/22 42/25
**spoken [8]** 4/20 5/5 5/13 5/21 6/5 6/25 13/2 18/15
**Spring [1]** 2/6
**stand [2]** 18/16 28/12
**standing [2]** 15/21 40/12
**start [2]** 27/19 44/16
**starting [1]** 44/11

**S**

state [6]   3/8 4/9 14/21 19/10 22/12 22/13
statement [2]   5/20 5/24
statements [3]   18/8 20/17 42/6
STATES [8]   1/1 1/4 1/6 2/3 3/7 3/10 49/5 49/9
status [7]   3/17 3/24 32/15 38/17 46/18 46/21 47/21
stay [4]   22/4 22/4 23/10 23/13
stenographically [1]   49/6
step [1]   24/15
stepdaughter [1]   7/5
still [4]   37/11 39/2 40/7 40/13
stop [4]   15/20 15/20 23/9 24/10
story [10]   14/10 18/3 26/21 27/7 27/16 27/17 29/4 32/4 32/22 42/16
Street [2]   1/20 2/6
stuff [10]   34/25 35/16 37/14 41/1 42/17 43/21 45/2 46/19 47/12 47/20
stupid [3]   15/9 27/12 27/13
subject [1]   33/12
submit [2]   34/4 34/7
submitted [1]   34/8
subpoena [11]   4/3 6/22 13/5 17/18 18/25 21/17 24/14 25/5 25/16 28/6 29/6
subpoenaed [2]   18/14 26/17
subpoenas [2]   3/20 3/23
subsequent [1]   9/16
such [1]   40/9
sufficient [1]   47/13
suggest [4]   4/15 12/15 16/24 21/19
suggesting [3]   12/18 18/5 40/25
Suite [2]   1/20 2/14
support [2]   3/20 9/5
supporting [1]   9/9
supposed [4]   6/14 19/20 19/21 26/22
sure [12]   4/4 10/17 11/1 12/17 17/23 18/17 19/25 22/9 28/1 30/21 30/22 46/18
surreptitious [1]   9/21
symptoms [1]   12/9

**T**

take [8]   10/10 20/3 30/1 31/18 34/24 36/10 37/3 42/24
taken [3]   5/2 14/16 22/16
takes [2]   13/25 39/12
taking [4]   9/17 9/18 35/3 41/2
talk [11]   8/15 12/24 13/5 13/6 13/16 15/3 15/24 18/13 22/3 25/7 25/14
talked [9]   6/24 8/19 13/16 14/22 16/21 21/24 21/24 29/2 38/21
talking [4]   18/10 31/22 32/8 41/10
tampering [1]   10/22
tapes [1]   14/14
technical [2]   39/2 43/1
tell [10]   8/23 10/18 16/9 20/6 25/15 27/6 27/16 32/3 32/22 43/2
tellers [1]   30/25
telling [1]   41/4
ten [1]   31/11
Terraza [1]   2/14

Terry [3]   22/14 23/14 23/25
testify [58]   23/10 24/10 11/12 12/12 23/24 23/20 27/13 27/14 27/14 30/16 31/8 31/9 31/10 32/13 33/9 45/11 46/7
testifying [5]   20/25 45/15 45/16 45/20 46/6
testimony [2]   20/7 20/13
tests [1]   35/11
text [3]   16/12 21/25 37/17
texted [1]   21/25
texts [1]   16/11
than [6]   14/25 15/8 17/3 18/2 34/6 42/15
Thank [4]   48/3 48/5 48/8 48/9
that [289]
their [1]   29/21
them [24]   4/24 6/12 15/15 18/10 20/19 20/19 22/20 24/14 25/7 25/15 25/15 27/2 27/3 28/25 30/4 32/6 38/14 38/15 38/25 39/21 40/22 42/22 43/7 47/23
then [35]
there [61]
these [13]   9/6 9/20 14/4 15/18 16/5 24/11 25/11 27/9 28/13 30/9 30/10 32/21 39/6
they [83]
THIBODEAUX [2]   1/19 49/12
thing [8]   14/17 20/9 20/10 37/16 40/9 43/1 43/17 44/23
things [10]   4/8 15/18 16/5 20/14 30/10 33/16 35/13 38/1 40/15 44/15
think [23]   4/21 5/3 6/25 12/11 13/4 21/18 23/21 24/19 24/25 26/6 26/8 33/11 34/11 35/1 35/21 36/22 37/3 41/8 43/18 44/4 44/12 44/19 46/2
thinks [3]   28/11 33/3 44/2
third [2]   27/10 32/6
this [74]
those [12]   4/1 9/25 12/9 20/17 21/12 23/15 23/20 25/7 27/1 32/16 32/18 37/19
though [1]   16/20
thought [1]   43/11
three [14]   4/22 5/5 5/8 5/22 6/9 6/25 7/15 9/8 13/2 13/12 35/8 35/8 37/12 44/4
through [10]   15/11 18/7 21/16 27/22 28/19 32/23 36/25 39/14 41/3 43/2
tight [1]   10/13
time [22]   5/1 10/3 14/3 14/17 16/2 16/21 18/7 20/8 20/11 21/9 21/11 23/4 24/6 24/6 27/20 27/21 29/17 34/6 36/17 38/21 44/19 46/20
times [4]   5/8 6/9 7/15 34/22
tired [1]   10/1
Title [1]   49/4
today [4]   3/18 14/2 18/23 38/15
told [22]   4/17 7/25 8/5 8/13 8/17 8/20 8/21 15/8 16/7 16/8 19/24 20/2 25/20 27/1 28/17 35/14 35/15 35/17 39/19 40/22 42/19 47/17
too [1]   32/4
took [9]   5/15 8/11 14/7 19/5 19/14 21/9 26/14 41/23 42/20
touch [1]   9/8
transaction [3]   29/18 30/18 31/9
transcript [4]   1/13 44/25 49/6 49/7

transcripts [1]   45/23
transcription [1]   49/8
trial [20]   10/8 12/1 12/2 15/14 18/7 24/22 32/23 33/9 37/5 42/14 42/14 42/19 43/12 44/2 44/7 44/10 45/11 46/16 47/22 47/24
tries [1]   13/8
true [8]   7/7 7/21 12/18 15/19 20/18 27/4 42/8 49/5
trust [1]   43/3
try [6]   13/20 17/25 18/11 18/21 21/15 24/11
trying [9]   12/15 13/14 14/11 16/16 16/18 20/12 24/16 37/4 41/12
turned [1]   28/6
Twelfth [1]   2/6
twice [1]   26/20
two [33]
types [1]   30/10

**U**

U.S [3]   1/19 2/4 2/4
ugly [1]   10/8
Uh [1]   22/11
Uh-huh [1]   22/11
under [1]   46/2
underlying [1]   23/10
understand [6]   4/6 10/17 11/2 11/5 46/16 47/10
understanding [1]   38/16
undoubtedly [1]   35/10
UNITED [8]   1/1 1/4 1/6 2/3 3/7 3/10 49/5 49/9
universe [3]   40/3 40/5 40/7
unless [1]   35/17
unprotected [2]   34/17 36/24
unredacted [2]   34/4 34/7
until [3]   14/7 30/5 39/17
untoward [1]   30/14
up [21]   4/10 8/9 13/11 15/21 17/4 17/5 17/10 19/13 19/20 20/17 20/19 20/19 20/24 21/3 21/4 21/7 21/8 23/18 31/5 35/6 44/24
upon [1]   40/3
us [3]   27/24 30/12 36/23
use [3]   33/16 34/25 35/7
useful [1]   46/15
utilize [1]   17/25

**V**

VA [2]   27/9 32/2
Valerie [8]   18/25 19/4 19/21 20/15 20/25 21/15 36/16 37/17
valuation [1]   23/24
vast [1]   39/6
version [19]   8/21 8/22 33/10 34/4 34/7 34/8 34/9 34/12 34/13 34/14 34/17 34/18 35/7 35/19 36/3 36/8 36/13 37/23 38/3
versions [2]   9/20 36/24
very [9]   4/25 6/9 7/16 7/16 7/24 30/9 31/5 41/9 46/15
victim [15]   4/8 4/9 4/16 4/21 5/5 5/21 6/24 9/8 9/14 9/22 10/20 11/14 11/20 13/2 30/19
victim's [1]   11/7
victims [1]   40/14
video [24]   9/21 26/12 26/13 26/15 26/18 26/19 26/25 27/9 27/21 28/2 28/4 28/5 28/9 28/23 29/2 29/3 29/8 29/19 29/25 30/2 30/7 30/12 31/5

**V**
video... **[1]**   31/25
**videos [12]**   11/10 14/15
   14/19 27/1 27/18 27/19 28/7
   28/13 30/22 38/24 40/4 40/15
**view [2]**   17/12 27/11

**W**

**wait [2]**   24/15 45/10
**waiting [1]**   31/11
**want [40]**
**wanted [4]**   14/8 15/22 20/4
   35/5
**wants [6]**   11/2 22/4 27/21
   34/17 34/18 36/24
**was [88]**
**wasn't [8]**   7/21 15/19 23/4
   26/21 29/3 41/17 45/8 45/17
**waste [2]**   47/4 47/8
**way [5]**   13/8 16/19 17/18
   23/4 42/7
**ways [1]**   20/16
**we [112]**
**wedding [1]**   16/13
**week [8]**   5/8 6/9 6/14 7/15
   21/10 43/14 43/24 44/13
**weeks [12]**   12/8 37/6 37/7
   38/4 39/4 40/8 40/18 43/21
   47/4 47/7 47/8 47/13
**well [12]**   8/2 11/8 11/21
   11/24 12/8 12/21 21/23 34/5
   41/9 42/8 42/22 45/24
**went [9]**   5/9 11/4 14/8 15/3
   26/13 27/22 29/3 29/17 31/4
**were [11]**   6/8 9/10 11/19
   14/15 19/25 27/14 31/1 36/12
   37/19 38/11 39/20
**West [1]**   1/20
**WESTERN [1]**   1/2
**what [102]**
**whatever [4]**   7/11 26/20
   29/23 41/21
**when [31]**
**where [12]**   3/24 12/23 13/15
   18/13 19/6 20/4 24/2 25/25
   30/10 32/24 41/4 42/10
**whereabouts [1]**   5/14
**wherever [1]**   27/3
**whether [4]**   22/7 28/5 28/13
   31/13
**which [8]**   6/21 11/17 13/8
   14/14 16/20 20/9 39/11 40/10
**who [31]**
**whole [7]**   15/14 29/4 32/25
   40/13 41/11 41/18 46/11
**Whose [1]**   19/3
**why [14]**   7/20 12/11 14/23
   16/9 24/3 24/10 27/7 34/3
   34/20 34/21 45/7 45/22 47/8
   47/16
**will [40]**
**withdrawn [1]**   29/18
**withdrew [1]**   31/4
**within [1]**   39/4
**without [1]**   24/14
**witness [16]**   6/21 10/22 12/7
   16/25 30/21 32/9 32/11 32/17
   45/9 45/11 45/17 45/19 46/4
   46/5 46/7 46/9
**witnesses [3]**   14/1 25/5 25/7
**wits [1]**   11/19
**woman [4]**   5/21 13/17 31/3
   36/16
**won't [1]**   21/4
**word [3]**   6/17 15/7 46/15
**work [3]**   32/4 32/5 34/20
**working [2]**   39/2 40/7
**works [1]**   10/4

**worried [1]**   7/24
**worth [2]**   24/4
**would [42]**
**wouldn't [5]**   15/11 16/5
   24/21 25/11 46/13
**wrong [2]**   5/25 24/18
**wrote [1]**   5/25
**Wu [1]**   23/9

**Y**

**yeah [3]**   27/14 38/2 44/21
**years [10]**   4/22 5/6 5/22
   6/25 7/2 9/8 13/3 13/12
   16/20 29/24
**yells [1]**   9/22
**yes [18]**   4/13 4/23 6/23
   11/20 18/21 26/2 26/5 27/10
   28/25 31/24 35/25 36/12 37/9
   37/22 37/25 38/10 45/3 45/18
**yet [6]**   14/15 30/25 32/6
   34/12 41/23 47/16
**York [4]**   6/13 7/19 19/8
   19/15
**you [163]**
**your [63]**
**YU [9]**   2/5 3/10 10/14 30/8
   38/20 39/18 39/25 42/4 46/12